UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20415-CIV-KMW

LUIS ENRIQUE CAMACHO HOPKINS, )
MISAEL RIGOBERTO MENOCAL )
CACERES, JONNATAN TREVINO )
HERNANDEZ, PAUL LUQUE, )
FRANCISCO J ROBLETO, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
         Plaintiffs, )
vs. )
)
KING OF DIAMONDS MIAMI "LLC" a/k/a )
CLUB KOD, )
MOVEMENT EVENTS LLC, )
JEFFREY VASILAS, )
ELLIOT KUNSTLINGER, )
)
         Defendants. )
_____ )

## STATEMENT OF CLAIM

    Plaintiff, by and through the undersigned counsel and files his Statement of Claim and states as follows

**Plaintiff Luis Enrique Camacho Hopkins: January 11, 2016 – January 14, 2017**

- Number of Weeks in Period: 52 Weeks (Rounded Down)
- Average Hours: 54
- Rate of Pay: $18.75 per hour
- Overtime Rate: $9.38
- Overtime Claimed: (52 weeks) x (14 hours per week of overtime) x ($9.38 overtime rate) = $6,828.64
- Liquidated Damages Claimed: $6,828.64

- Total overtime wages unpaid and Liquidated Damages: **$13,657.28** ($6,828.64 x 2)

**Plaintiff Misael Rigoberto Menocal Caceres: January 11, 2016 – January 14, 2017**

- Number of Weeks in Period: 52 Weeks (Rounded Down)
- Average Hours: 54
- Rate of Pay: $18.75 per hour
- Overtime Rate: $9.38
- Overtime Claimed: (52 weeks) x (14 hours per week of overtime) x ($9.38 overtime rate) = $6,828.64
- Liquidated Damages Claimed: $6,828.64
- Total overtime wages unpaid and Liquidated Damages: **$13,657.28** ($6,828.64 x 2)

**Plaintiff Jonnatan Trevino Hernandez: August 5, 2016 – January 14, 2017**

- Number of Weeks in Period: 23 Weeks
- Average Hours: 54
- Rate of Pay: $12.50 per hour
- Overtime Rate: $6.25
- Overtime Claimed: (23 weeks) x (14 hours per week of overtime) x ($6.25 overtime rate) = $6,828.64
- Liquidated Damages Claimed: $2,015.50
- Total overtime wages unpaid and Liquidated Damages: **$4,025.00** ($2015.50 x 2)

**Plaintiff Paul Luque: December 15, 2015 – January 14, 2017**

- Number of Weeks in Period: 56 Weeks (Rounded Down)
- Average Hours: 54
- Rate of Pay: $18.75 per hour

- Overtime Rate: $9.38

- Overtime Claimed: (56 weeks) x (14 hours per week of overtime) x ($9.38 overtime rate)

    = $7,353.92

- Liquidated Damages Claimed: $7,353.92

- Total overtime wages unpaid and Liquidated Damages: **$14,707.84**($7,353.92 x 2)

**Plaintiff Francisco J Robleto: August 4, 2016 – January 14, 2017**

- Number of Weeks in Period: 23 Weeks

- Average Hours: 54

- Rate of Pay: $12.50 per hour

- Overtime Rate: $6.25

- Overtime Claimed: (23 weeks) x (14 hours per week of overtime) x ($6.25 overtime rate)

    = $6,828.64

- Liquidated Damages Claimed: $2,015.50

- Total overtime wages unpaid and Liquidated Damages: **$4,025.00** ($2015.50 x 2)


**Total Overtime Wage Claim and Liquidated Damages: $50,072.40 Plus Attorney's Fees and Costs**


\*  Attorneys' Fees to Date:
      Jaimie Zidell: (2 Hours) x ($390.00 Fee Per Hour) = $780.00
      Neil Tobak: (3 Hours) x ($300.00 Fee Per Hour) = $900.00
            Total Attorneys' Fees to Date: $1,680.00

\*\*Plaintiff seeks all fees and costs under the FLSA and the above damages done include same.

\*\*\*Plaintiff reserves the right to seek additional time-and-a-half damages for any other completely unpaid overtime hours, should the facts in discovery disclose same.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
  Fax: (305) 865-7167

By: /s/ Neil Tobak
 Neil Tobak, Esq.
Florida Bar Number: 93940

## CERTIFICATE OF SERVICE

I hereby certify that as of February 22, 2017 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record.

Respectfully Submitted,

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
  Fax: (305) 865-7167

By: /s/ Neil Tobak
 Neil Tobak, Esq.
Florida Bar Number: 93940