*Jesenia Gil* (signature)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LUIS ENRIQUE CAMACHO HOPKINS, MISAEL RIGOBERTO MENOCAL CACERES, JONNATAN TREVINO HERNANDEZ, PAUL LUQUE, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD,<br>MOVEMENT EVENTS LLC,<br>JEFFREY VASILAS,<br>ELLIOT KUNSTLINGER,<br><br>Defendants. | 17-cv-20415-KMW |

*handwritten: 2/28/17  3:23 p.m  NY #2250*

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD
Registered Agent: Daniel Sands
18851 NE 29 Avenue, Suite 1005
Aventura, FL 33180

*handwritten: Stok Folk + Kon Law Offices 305-935-4440*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

*handwritten: First Amended*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/1/2017


Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Faithtrina Stinson
Deputy Clerk
U.S. District Courts

*handwritten bottom: 30, F1H1SP, 5'5 130#, BlkHair, no glasses    pv/2/17*

Civil Action No. 17-20415

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* KING OF DIAMONDS MIAMI LLC A/K/A CLUB KOD REG AGENT DANIEL SANDS

was received by me on *(date)* 2/7/17 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jesenia Gil - SECRETARY , who is designated by law to accept service of process on behalf of *(name of organization)* King of Diamonds Miami LLC A/K/A CLUB KOD 18851 NE 29th Ave, Ste 105, Aventura, FL 33180 on *(date)* 2/28/17 @ 3:23PM or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 20 for travel and $ 20 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 3/1/17

[signature]
*Server's signature*

Neil Vaiselberg Process Server #2250
*Printed name and title*

1001 NE 180 TH TERRACE
N MIAMI BEACH FL 33162
305-968-4439
*Server's address*

Additional information regarding attempted service, etc:

30, F, HISPANIC, 130 LBS, BLK Hair, no glasses
This is a Law Firm Stok-Folk+Kon - 305-935-4440
She signed my copy
Served with First Amended Complaint

*Jesenia Gil*

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LUIS ENRIQUE CAMACHO HOPKINS, MISAEL RIGOBERTO MENOCAL CACERES, JONNATAN TREVINO HERNANDEZ, PAUL LUQUE, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) ) ) ) | 17-cv-20415-KMW |
| Plaintiffs, vs. | ) ) ) ) | |
| KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD, MOVEMENT EVENTS LLC, JEFFREY VASILAS, ELLIOT KUNSTLINGER, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

*2/28/17*
*3:23 P.M*
*NVH# 2250*

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
MOVEMENT EVENTS LLC
Registered Agent: Daniel Sands
18851 NE 29 Avenue, Suite 1005
Aventura, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  J.H. Zidell, Esq.
  J.H. Zidell P.A.
  300 71ST Street, Suite 605
  Miami Beach, Florida 33141

*First Amended*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/1/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Faithtrina Stinson
Deputy Clerk
U.S. District Courts

*3o P (H(( p, 5'(', 13v3, Blk hit, glasses*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-20415

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Movement Events LLC REG AGENT Daniel Sands

was received by me on *(date)* 2/7/17

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Esenia Gil - Secretary , who is designated by law to accept service of process on behalf of *(name of organization)* Movement Events LLC 18851 NE 29th Ave, Ste 1005, Aventura, FL 33180 on *(date)* 2/28/17 @ 5:23 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20 for travel and $ 20 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 3/1/17

Server's signature

Neil Vaickby - Process Server #2250
Printed name and title

1001 NE 180th Terrace
N Miami Beach FL 33162
305-968-4439
Server's address

Additional information regarding attempted service, etc:
30, F, Hisp, 5'5", 130 c 35, Blk hair, no glasses
Law Firm of Stok-Folk el Kon -305-935-4440
She signed my copy
Served with First Amended Complaint