UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20415-CIV-WILLIAMS

LUIS ENRIQUE CAMACHO HOPKINS,
*et al.*,

    Plaintiffs,

vs.

KING OF DIAMONDS MIAMI "LLC", *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court following a hearing on (DE 15) Plaintiffs' motion for extension of time to serve Defendant, Elliot Kunstlinger, via the secretary of state; and (DE 22) Defendant Kunstlinger's motion to quash service and dismiss complaint. In accordance with the oral rulings made in open court, and upon review of the record, it is **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiffs' motion (DE 15) is **GRANTED IN PART AND DENIED IN PART.** Plaintiff shall have an additional thirty (30) days from the date of this order to personally serve Defendant Kunstlinger.

    2.    Defendant Kunstlinger's motion (DE 22) is **GRANTED IN PART AND DENIED IN PART.** Plaintiffs' return of service on Defendant Kunstlinger via the secretary of state (DE 21) is **STRICKEN**. Defendant's request to dismiss the case is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14th day of June, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE