UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS ENRIQUE CAMACHO HOPKINS, )
et al. )
 )
    Plaintiffs, ) CASE NO.: 17-20415-CIV-KMW
 )
Vs. )
 )
KING OF DIAMOND MIAMI, LLC, )
a/k/a CLUB KOD, et al. )
 )
    Defendants. )
_____)

## RESPONSE TO SHOW CAUSE ORDER OF JULY 17, 2017 AND DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM

The Defendants, King of Diamonds Miami, LLC (KOD), Movement Events, LLC (ME), and Jeffery Vasilas (VASILAS), by and through the undersigned counsel, hereby respectfully respond to the Court's Show Cause Order (DE 27) and respond to the Plaintiffs' statement of claim, and state:

### RESPONSE TO SHOW CAUSE ORDER

On July 27, 0217, the Court ordered the Defendants to show cause why they have not responded to the Plaintiff's Statement of Claim.

As set forth in the Defendants' Motion to Dismiss (DE 12), the Defendants are not the employers of the Plaintiffs and have no records with which to respond to the Plaintiff's Statement of Claim.

As the Court pointed out in its order, the Defendant, Elliot Kunstlinger, was only recently served. It is Mr. Kunstlinger that was responsible for any payment to employees and/or contractors, not KOD, ME, or VASILAS.

As set forth in the Defendants' Motion to Dismiss, the Plaintiffs were painters and/or construction workers who were hired as independent contractors, not employees, to perform construction and/or painting work inside a building that was owned by Mr. Kunstlinger.

Defendants KOD, ME, and VASILAS did not own the building and were not responsible for the payment to Plaintiffs.

As a result, the Defendants, KOD, ME, and VASILAS, simply do not have any records which would enable them to prepare a chart responsive to Plaintiffs' Statement of Claim.

Defendants KOD, ME, and VASILAS cannot even estimate the number of hours worked by the Plaintiffs, since none of these Defendants were responsible for or kept track of the time spent by the independent contractor Plaintiffs.

Defendants additionally did not previously respond to plaintiffs' Statement of Claim because defendants Motion to Dismiss was never ruled on, and no mention was made by counsel for the plaintiff about exchanging documents, and no documents were provided by plaintiffs and no notice was given of any issues with these defendants response, until the day before the Order to Show Cause was entered, when the Court's Judicial Assistant called and advised the undersigned that no response had been filed. As undersigned counsel pointed out on the phone to the Judicial Assistant, defendant Kunstlinger had just been served and had not yet appeared in the case, so a mandatory settlement conference was likely predestined to failure.

Having explained the circumstances, the undersigned recognizes that the order requiring a response was not timely complied with and herewith submits the defendants KOD, ME and VASILAS response below.

Therefore, notwithstanding the above, in order to comply with the Court's orders, the Defendants offer the following in response to the Plaintiffs' Statement of Claim.

### RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM

**Plaintiff Luis Enrique Camacho Hopkins: January 11, 2016 – January 14, 2017**

- Number of Hours Worked:  Unknown
- Amount Paid: Unknown
- Payment Calculation:  Unknown

**Plaintiff Misael Rigoberto Menocal Caceres: January 11, 2016 – January 14, 2017**

- Number of Hours Worked:  Unknown
- Amount Paid: Unknown
- Payment Calculation:  Unknown

**Plaintiff Jonnatan Trevino Hernandez: August 5, 2016 – January 14, 2017**

- Number of Hours Worked:  Unknown
- Amount Paid: Unknown
- Payment Calculation:  Unknown

**Plaintiff Paul Luque: December 15, 2015 – January 14, 2017**

- Number of Hours Worked:  Unknown
- Amount Paid: Unknown
- Payment Calculation:  Unknown

**Plaintiff Francisco J Robleto: August 4, 2016 – January 14, 2017**

- Number of Hours Worked:  Unknown
- Amount Paid: Unknown
- Payment Calculation:  Unknown

WHEREFORE, Defendants, King of Diamonds Miami, LLC, Movement Events, LLC, and Jeffery Vasilas, file this response to the Court's Show Cause Order, and their Response to the Plaintiffs' Statement of Claim.

Respectfully submitted,

| | |
|---|---|
| Randall Leshin, P.A. | Date: July 19, 2017 |
| Attorney for King of Diamonds Miami, LLC, | |
| Movement Events, LLC, and Jeffery Vasilas | |
| 1975 East Sunrise Blvd., Suite 504 | |
| Ft. Lauderdale, FL 33304 | |
| Tel. 954-941-9711 | |
| Fax 954-941-9750 | |
| rleshin@leshinlawfirm.com | |
| email@leshinlawfirm.com | |

By: /s/Randall L. Leshin
    Randall L. Leshin
    Florida Bar No. 380253

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties listed below who are authorized to receive electronically Notices of Electronic Filing in this matter.

By: /s/Randall L. Leshin
    Randall L. Leshin

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: ZABOGADO@AOL.COM