UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS ENRIQUE CAMACHO HOPKINS, )
et al. )
                                       )
      Plaintiffs,            )        CASE NO.: 17-20415-CIV-KMW
                                       )
Vs. )
                                       )
KING OF DIAMOND MIAMI, LLC, )
a/k/a CLUB KOD, et al. )
                                       )
      Defendants.          )
_____)

**ANSWER AND AFFIRMATIVE DEFENSES**

      The Defendants, King of Diamonds Miami, LLC (KOD), Movement Events, LLC (ME), and Jeffery Vasilas (VASILAS), by and through the undersigned counsel, hereby files this Answer and Affirmative Defenses to the Plaintiffs' First Amended Complaint, and state:

**ANSWER**

      1. Admitted.

      2. Unknown, therefore denied.

      3. Admitted that KING OF DIAMONDS MIAMI LLC is a company that transacts business in Miami–Dade County, denied as to the remainder.

      4. Admitted that MOVEMENT EVENTS LLC is a company that transacts business in Miami–Dade County, denied as to the remainder.

      5. Admitted that JEFFERY VASILAS is a corporate officer and/or owner and/or manager of the Defendant Corporations, denied as to the remainder.

      6. Admitted that Eliott Kunstlinger was responsible for paying Plaintiffs' wages for the relevant time period and controlled Plaintiffs' work and schedule and was therefore Plaintiffs' employer

as defined by 29 U.S.C. 203 (d). Denied as to remainder.

    7. Admitted.

    8. Admitted this is a collective action on 29 USC 216(b), denied as to the remainder.

    9. Admitted.

    10. Admitted.

    11. Denied.

    12. Denied.

    13. Denied.

    14. Denied.

    15. Denied.

    16. Denied.

    17. Denied.

    18. Unknown, therefore denied.

    19. Unknown, therefore denied.

    20. Denied.

    21. Denied.

    22. Denied.

    23. Admitted.

    24. Unknown, therefore denied.

    25. Unknown, therefore denied.

    26. Unknown, therefore denied.

    27. Unknown, therefore denied.

    28. Unknown, therefore denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

## AFFIRMATIVE DEFENSES

1. Failure to State a Cause of Action: First, because Plaintiffs were independent contractors and not employees of the Defendants, the Plaintiffs' Amended Complaint fails to state a cause of action for overtime wage violations under the Act as a matter of law. The Plaintiffs have failed to properly plead their counts for breach of contract and unjust enrichment.

2. Lack of Subject Matter Jurisdiction: Because the Plaintiffs have no viable claims under federal law, nor diversity of the parties or an amount in controversy that exceeds $75,000.00, this Court does not have subject matter jurisdiction over this cause.

3. Lack of Authority or Control/Non-Employer: The Defendants, King of Diamonds Miami, LLC, Movement Events, LLC, and Jeffery Vasilas never had responsibility or authority for any of the operations of "Club KOD", which was a separate entity owned and operated by the Defendant, Elliot Kunstlinger. The Defendants never hired any employees or contractors and never had

responsibility for paying wages or had any control over any employee or contractors schedule. As a result, neither King of Diamonds Miami, LLC, Movement Events, LLC, or Jeffery Vasilas are employers as defined under the Act.

Respectfully submitted,

Randall Leshin, P.A.　　　　　　　　　　　　　Date: August 11, 2017
Attorney for King of Diamonds Miami, LLC,
Movement Events, LLC, and Jeffery Vasilas
1975 East Sunrise Blvd., Suite 504
Ft. Lauderdale, FL 33304
Tel. 954-941-9711
Fax 954-941-9750
rleshin@leshinlawfirm.com
email@leshinlawfirm.com

By: /s/Randall L. Leshin
　　　　Randall L. Leshin
　　　　Florida Bar No. 380253

### CERTIFICATE OF SERVICE

　　　　I hereby certify that on August 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties listed below who are authorized to receive electronically Notices of Electronic Filing in this matter.

　　　　By: /s/Randall L. Leshin
　　　　　　　Randall L. Leshin

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: ZABOGADO@AOL.COM

Daniel T. Feld, Esq.

Daniel T Feld P.A.
Attorney for Defendant, Elliot Kunstlinger
2847 Hollywood Blvd.
Hollywood, FL 33020
(305) 308 - 5619
DanielFeld.Esq@Gmail.com

Isaac Jackie Mamane, Esq.
Mamane Law LLC
Attorney for Defendant, Elliot Kunstlinger
10800 Biscayne Blvd., Suite 350A
Miami, FL 33161
305-773-6661
Mamane@gmail.com