UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LUIS ENRIQUE CAMACHO HOPKINS, )
et al. )
 )
    Plaintiffs, ) CASE NO.: 17-20415-CIV-KMW
 )
Vs. )
 )
KING OF DIAMOND MIAMI, LLC, )
a/k/a CLUB KOD, et al. )
 )
    Defendants. )
_____)

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

The Defendants, King of Diamonds Miami, LLC, Movement Events, LLC, and Jeffery Vasilas, by and through the undersigned counsel, hereby files this Motion for Extension of Time to Respond to the Plaintiffs' Discovery:

On August 10, 2017, the Plaintiffs served their Request for Admissions, Request for Production, and Interrogatories on the Defendants.

Due to the Hurricane Irma, the undersigned has been unable to meet with this clients in order to complete the responses to the discovery requests of the Plaintiffs.

With the loss of power and other services in the area, the Defendants request a 30 day extension of time to respond to the Plaintiffs' discovery requests.

This motion is not being filed for the purpose of delay.

WHEREFORE, the Defendants, King of Diamonds Miami, LLC, Movement Events, LLC, and, Jeffery Vasilas request a 30 days extension of time to respond to the Plaintiffs' discovery, for the reasons set forth above, and for all such other and further relief as the Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

_____
Randall L. Leshin

### CERTIFICATE OF GOOD FAITH CONFERENCE; UNABLE TO CONFER

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts made were specifically as follows:

No Internet was available during the Hurricane and no phone service or office was available.

_____
Randall L. Leshin, Esq.

Randall Leshin, P.A.                                     Date: September 15, 2017
Attorney for King of Diamonds Miami, LLC,
Movement Events, LLC, and Jeffery Vasilas
1975 East Sunrise Blvd., Suite 504
Ft. Lauderdale, FL 33304
Tel. 954-941-9711
Fax 954-941-9750
rleshin@leshinlawfirm.com
email@leshinlawfirm.com

By: /s/Randall L. Leshin
      Randall L. Leshin
      Florida Bar No. 380253

### CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties listed below who are authorized to receive electronically Notices of Electronic Filing in this matter.

By: /s/Randall L. Leshin
Randall L. Leshin

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: ZABOGADO@AOL.COM

Daniel T. Feld, Esq.
Daniel T Feld P.A.
Attorney for Defendant, Elliot Kunstlinger
2847 Hollywood Blvd.
Hollywood, FL 33020
(305) 308 - 5619
DanielFeld.Esq@Gmail.com

Isaac Jackie Mamane, Esq.
Mamane Law LLC
Attorney for Defendant, Elliot Kunstlinger
10800 Biscayne Blvd., Suite 350A
Miami, FL 33161
305-773-6661
Mamane@gmail.com