UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20415-CIV-WILLIAMS/SIMONTON

LUIS ENRIQUE CAMACHO HOPKINS,
et al.,

    Plaintiffs,

vs.

KING OF DIAMONDS MIAMI, LLC,
et al.,

    Defendants.
_____/

## ORDER RESETTING SETTLEMENT CONFERENCE
## FOLLOWING TELEPHONIC CONFERENCE

    This matter was before the Court for a telephonic hearing to reschedule the Parties' Settlement Conference and to resolve Plaintiffs', Misael Rigoberto Menocal Caceres and Jonnatan Trevino Hernandez, Expedited Motion to Appear Telephonically For Settlement Conference Or, In the Alternative For Counsel to Have Full and Final Settlement Authority, ECF No. [60].[1]  This Matter has been referred to the undersigned for a Settlement Conference by the Honorable Kathleen M. Williams, United States District Judge, ECF No. [8].

    At the hearing, Counsel for Defendants King of Diamonds Miami, LLC, Movement Events, LLC, and Jeffrey Vasilas ("KOD") objected to Plaintiffs' Misael Rigoberto Menocal Caceres and Jonnatan Trevino Hernandez, request for to appear telephonically at the Settlement Conference.  Specifically, Counsel for KOD indicated that they had concerns about incurring additional expenses related to the need to retain multiple

---

[1] On October 24, 2017, the undersigned entered a Docket Entry Order granting the Defendants' Motion to Reschedule Settlement Conference, ECF No. [57], and set this matter for a telephonic conference to select another date for the Settlement Conference, ECF No. [61].

interpreters if some of the Plaintiffs appeared telephonically.  Counsel for the Plaintiffs explained that the Plaintiffs would likely retain one interpreter who could conduct simultaneous translation to all of the Plaintiffs.  The Court therefore ruled that, on balance, and particularly given that there are multiple plaintiffs, at least three of whom would appear in-person at the settlement conference, and the fact that these Plaintiffs live outside of Florida and had incurred expenses due to the rescheduled Settlement Conference, the Plaintiffs' Motion to Appear Telephonically was reasonable and would be granted.  The Court instructed Counsel for the Plaintiff to have the Plaintiffs' interpreter make arrangements through which simultaneous translation can be made for the Plaintiffs appearing telephonically and those who are present in the courtroom.  The interpreter may contact the Court's interpreter prior to the settlement conference for guidance in this regard.

Accordingly, as ruled at the hearing, and for the reasons stated above, it is hereby

**ORDERED AND ADJUDGED** that the Settlement Conference in this matter is reset for Tuesday, January 9, 2018 at 10:00 a.m. The Parties shall refer to the undersigned's October 12, 2017 Order Setting Settlement Conference for details pertaining to the Settlement Conference, ECF No. [55].  It is further

**ORDERED AND ADJUDGED** that Plaintiffs', Misael Rigoberto Menocal Caceres and Jonnatan Trevino Hernandez, Expedited Motion to Appear Telephonically For Settlement Conference Or, In the Alternative For Counsel to Have Full and Final Settlement Authority, ECF No. [60] is GRANTED.  Plaintiffs Misael Rigoberto Menocal Caceres and Jonnatan Trevino Hernandez may appear at the Settlement Conference via

**telephone in the manner discussed at the hearing.**

**DONE AND ORDERED** in chambers at Miami, Florida, on November 1, 2017.

_____
**ANDREA M. SIMONTON**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**Copies provided via CM/ECF to:**
**The Honorable Kathleen M. Williams, United States District Judge**
**All counsel of record**