UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20415-CIV-WILLIAMS/SIMONTON

| | |
|---|---|
| LUIS ENRIQUE CAMACHO HOPKINS, MISAEL RIGOBERTO MENOCAL CACERES, JONNATAN TREVINO HERNANDEZ, PAUL LUQUE, FRANCISCO J ROBLETO, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiffs, <br> vs. <br><br> KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD, MOVEMENT EVENTS LLC, JEFFREY VASILAS, ELLIOT KUNSTLINGER, <br><br> Defendants. <br> _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE ANDREA M. SIMONTON

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ANDREA M. SIMONTON, at the 8th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, on November 17, 2017, at 10:00 a.m.

Plaintiffs are requesting the Court address issues with respect to Defendant ELLIOT KUNTSLINGER'S objections and responses to Plaintiffs initial set of discovery, directed towards the Defendant. Specifically, Plaintiffs seek to compel better responses to Plaintiffs' First Set of Interrogatories Nos.: 1, 2, 3, 4, 5, 6, and 7 and better responses to Plaintiffs' First Set of Request for Production Nos.: 3, 4, 6, 8, 9, 49, and 50. These are specifically relevant as

Defendants' are contesting hours worked by Plaintiffs and the amount of overtime owed to Plaintiffs as well as contesting any employer relationship. Plaintiffs will provide the Court with the source documents as per the Courts Order [DE65]. Moving counsel certifies that a bona-fide effort to agree or to narrow the issues herein noticed.

Additionally, Plaintiffs are requesting the Court address issues with respect to Defendants KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD, MOVEMENT EVENTS LLC, and JEFFREY VASILAS objections and responses to Plaintiffs initial set of discovery, directed towards the Defendants. Specifically, Plaintiffs seek to compel better responses to Plaintiffs' First Set of Admissions Nos.: 1 – 25, better responses to Plaintiffs' First Set of Interrogatories Nos.: 1 – 10, and better responses to Plaintiff's First Set of Request for Production Nos.: 1 - 125. These are specifically relevant as Defendants' are contesting hours worked by Plaintiffs and the amount of overtime owed to Plaintiffs as well as contesting any employer relationship. Plaintiffs will provide the Court with the source documents as per the Courts Order [DE65]. Moving counsel certifies that a bona-fide effort to agree or to narrow the issues herein noticed.

Moving counsel certifies that a bona-fide effort to agree or to narrow the issues on the motion notice has been made with opposing counsel or that, because of time considerations, such efforts have not yet been made, but will be made prior to the scheduled hearing.

**CERTIFICATE OF CONFERRAL**

The undersigned conferred with Defense Counsel, Daniel T. Feld, Esq., and Isaac Jackie Mamane, Esq., through multiple emails and had telephonic conferences wherein the Parties thoroughly discussed each issue and are unable to resolve the discovery disputes. The

undersigned attempted to confer with Defense Counsel Randall Leigh Leshin through multiple emails and had an agreed date to have a telephonic conference wherein the Parties would thoroughly discuss each issue, however, Defense Counsel Randall Leigh Leshin, Esq., did not appear at same. The undersigned continues his conferral attempts with all Counsel of record and will continue up to the time of this hearing.

                                Respectfully submitted,

                                J. H. ZIDELL, P.A.
                                ATTORNEYS FOR PLAINTIFF
                                300-71ST STREET, SUITE 605
                                MIAMI BEACH, FLORIDA 33141
                                305-865-6766
                                305-865-7167

                                By:_s/ Neil Tobak, Esq. ___
                                   Neil Tobak, Esquire
                                   Florida Bar No.: 093940

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 11/8/16 TO:**

Randall Leigh Leshin
712 E McNab Rd
Pompano Beach, FL 33060
954-941-9711
Fax: 941-9750
Email: rleshin@leshinlawfirm.com

Daniel T. Feld
Daniel T Feld P.A.
2847 Hollywood Blvd.
Hollywood, FL 33020
(305) 308 - 5619
Email: DanielFeld.Esq@Gmail.com

Isaac Jackie Mamane

Page **3** of **4**

Mamane Law LLC
10800 Biscayne Blvd., Suite 350A
Miami, FL 33161
305-773-6661
Email: Mamane@gmail.com


**BY:  /s/     Neil Tobak       **
      **NEIL TOBAK, ESQ.**