**Gmail**

Rivkah Jaff <rivkah.jaff@gmail.com>

---

## SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamonds (Deposition Dates)

---

**Neil Tobak, Esq.** <ntobak.zidellpa@gmail.com>          Thu, Aug 10, 2017 at 8:23 AM
To: "Daniel Feld, Esq." <danielfeld.esq@gmail.com>, "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>, "Isaac Mamane, Esq." <mamane@gmail.com>
Cc: Rivkah <rivkah.jaff@gmail.com>, "ZAbogado@aol.com" <ZAbogado@aol.com>

Dan/Randall:


Please see attached hereto the draft Notice of Taking Depositions for the Corporate representatives and the Notice of Taking Depositions for the individual Defendants.

Please advise as to Defendants' availability for TWO separate dates as follows **or provide alternative dates for same to occur no later than early-Sept (as Defendants have proposed a short discovery period, Depositions need to occur asap).:**


August 29;

August 30;

Sept. 5;

Sept. 6;

Sept. 8.




Regards,

Neil Tobak, Esq.
Bar #93940
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
305-865-6766
Fax: 305-865-7167
NTobak.Zidellpa@gmail.com

IF THIS EMAIL CONTAINS OR REFERENCES SETTLEMENT NEGOTIATIONS, OR IS IN ANY WAY AN ATTEMPT TO NEGOTIATE A SETTLEMENT, IT IS A CONFIDENTIAL SETTLEMENT NEGOTIATION AND NOT ADMISSABLE IN COURT

CONFIDENTIALITY NOTICE: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. J.H. Zidell P.A. reserves the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states

otherwise and the sender is authorized to state them to be the views of any such entity.
CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

---

**2 attachments**

📄 **PLAINTIFF'S' NOTICE OF TAKING DEPOSITIONS (indv D).pdf**
233K

📄 **PLAINTIFF'S DRAFT NOTICE OF TAKING DEPOSITION (Corp Rep).pdf**
238K

 **Gmail**

**Rivkah Jaff <rivkah.jaff@gmail.com>**

---

## SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamonds (Deposition Dates)

---

**Rivkah Jaff <rivkah.jaff@gmail.com>**
To: "Neil Tobak, Esq." <ntobak.zidellpa@gmail.com>

Tue, Aug 15, 2017 at 7:58 AM

Cc: "Daniel Feld, Esq." <danielfeld.esq@gmail.com>, "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>, "Isaac Mamane, Esq." <mamane@gmail.com>, "ZAbogado@aol.com" <ZAbogado@aol.com>

Daniel/Randall:

We are following up on the prior email. Please advise by no later than noon tomorrow 8/16/17 or all dates and times proposed will be deemed acceptable and Notice will be issued accordingly.

Best,
[Quoted text hidden]
--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.


J.H. Zidell, PA

NOTICE: The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer. Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist. Thank you.

NOTICE: If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

 **Gmail**

Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamonds (Deposition Dates)

**Randall L. Leshin Esq.** <rleshin@leshinlawfirm.com>        Tue, Aug 15, 2017 at 2:19 PM
To: "Neil Tobak, Esq." <ntobak.zidellpa@gmail.com>, "Daniel Feld, Esq." <danielfeld.esq@gmail.com>, "Isaac Mamane, Esq."
<mamane@gmail.com>
Cc: Rivkah <rivkah.jaff@gmail.com>, ZAbogado@aol.com

First, I have not been able to confirm dates with my client yet. Second, Dan has filed a M/Stay and sought a PO on
discovery. Given the deadlines proposed in the scheduling order, perhaps we should wait until that is resolved.

Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304

(954) 941-9711 Ext. 203

(954) 941-9750 Fax

Cell: (561) 441-6084

**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential use of the
designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged and confidential. If you are
not an intended recipient of this message or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have
received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have
received this message in error, please delete it and all copies and notify us immediately by reply e-mail or by telephone.

---

**From:** Neil Tobak, Esq. [mailto:ntobak.zidellpa@gmail.com]
**Sent:** Thursday, August 10, 2017 8:24 AM
**To:** Daniel Feld, Esq.; 'Randall L. Leshin Esq.'; 'Isaac Mamane, Esq.'
**Cc:** Rivkah; ZAbogado@aol.com
**Subject:** SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamonds (Deposition Dates)

[Quoted text hidden]

 Gmail

Rivkah Jaff <rivkah.jaff@gmail.com>

## SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamonds (Deposition Dates)

Rivkah Jaff <rivkah.jaff@gmail.com>                                                    Tue, Aug 15, 2017 at 2:24 PM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>
Cc: "Neil Tobak, Esq." <ntobak.zidellpa@gmail.com>, "Daniel Feld, Esq." <danielfeld.esq@gmail.com>, "Isaac Mamane, Esq." <mamane@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>

The Court often does not adopt the Joint Scheduling Report and per the Report Dan's client proposed only 6 months of discovery. Further a Motion for Stay does not automatically stay discovery without entry of an Order to that effect. Also, regardless of whether Dan's client stays in the case he is a material witness.

Please provide us with dates so that we are not in the position of having to unilaterally notice.

Best,

[Quoted text hidden]

--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.

J.H. Zidell, PA

NOTICE: The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer. Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist. Thank you.

NOTICE: If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

 **Gmail**                                                    Rivkah Jaff <rivkah.jaff@gmail.com>

---

## SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamonds (Deposition Dates)

---

**Rivkah Jaff** <rivkah.jaff@gmail.com>                               Thu, Aug 24, 2017 at 8:20 AM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>
Cc: "Neil Tobak, Esq." <ntobak.zidellpa@gmail.com>, "Daniel Feld, Esq." <danielfeld.esq@gmail.com>, "Isaac Mamane, Esq." <mamane@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>

Isaac/Randall:

This is my final attempt at conferral in order to obtain dates for the depositions to be set on a mutually agreed to date.

Please advise as to Defendants' availability for TWO separate dates as follows **or provide alternative dates for same to occur no later than early-Sept (as Defendants have proposed a short discovery period, Depositions need to occur asap).:**

August 29;

August 30;

Sept. 5;

Sept. 6;

Sept. 8.

Absent a response by close of business today all dates and times proposed will be deemed acceptable and the Notices will be issued accordingly.

Best,

[Quoted text hidden]

 **Gmail**

Rivkah Jaff <rivkah.jaff@gmail.com>

---

# SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamonds (Deposition Dates)

---

**Randall L. Leshin Esq.** <rleshin@leshinlawfirm.com>        Thu, Aug 24, 2017 at 10:05 AM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Neil Tobak, Esq." <ntobak.zidellpa@gmail.com>, "Daniel Feld, Esq." <danielfeld.esq@gmail.com>, "Isaac Mamane, Esq." <mamane@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>

We want to proceed with the settlement conference before incurring additional fees and costs with depositions. This case is likely to settle and I am putting you on notice that we object to trying to "run up the bill" before getting to a fee award.


Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304


(954) 941-9711 Ext. 203

(954) 941-9750 Fax


Cell: (561) 441-6084



**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us immediately by reply e-mail or by telephone.

---

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Thursday, August 24, 2017 8:21 AM
**To:** Randall L. Leshin Esq.
**Cc:** Neil Tobak, Esq.; Daniel Feld, Esq.; Isaac Mamane, Esq.; zabogado@aol.com
**Subject:** Re: SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamonds (Deposition Dates)

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=bf6548b931&view=pt&msg=15d38d1203929055&q=flashin%40leshinlawfirm.com&...   1/1



**Gmail**                                                Rivkah Jaff <rivkah.jaff@gmail.com>

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC"
## et al Order on Motion to Continue

---

**Rivkah Jaff** <rivkah.jaff@gmail.com>                              Thu, Aug 31, 2017 at 9:01 AM
To: "Isaac Mamane, Esq." <mamane@gmail.com>
Cc: nleshinesq <nleshinesq@bellsouth.net>, Randall Leshin <rleshin@leshinlawfirm.com>, info@leshinlawfirm.com, Neil
Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez
<assistant.jhzidell@gmail.com>

Isaac:

As I never heard from you I just contacted Chambers myself and told Pam we had all agreed to October 26 @ 10:00 a.m.

I am make a final attempt regarding setting Defendants depositions. If I am unable to resolve this by noon tomorrow we
intend to proceed accordingly.

We are willing to take supervisor depositions in the month of Sept/October and Defendants immediately after the
Settlement Conference (within the same week) so that Elliot will already be in town but are not going to agree to burn out
2 months of discovery unless Defendants are willing to file a Joint Motion to extend all discovery by 2 months or
.

Please advise.

Best,

[Quoted text hidden]

11/10/2017                    Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW   Document 70-1   Entered on FLSD Docket 11/10/2017   Page 9 of 43

 **Gmail**

**Rivkah Jaff <rivkah.jaff@gmail.com>**

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

---

**Isaac Mamane, Esq. <mamane@gmail.com>**                              Thu, Aug 31, 2017 at 5:46 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: rleshinesq <rleshinesq@bellsouth.net>, Randall Leshin <rleshin@leshinlawfirm.com>, info@leshinlawfirm.com, Neil
Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez
<assistant.jhzidell@gmail.com>

Rivkah,

The email is directed to me on behalf of all Defendants. I only represent Mr. Kunstlinger in this matter. I cannot respond to
your request to take depositions of any other Defendant or individuals.

I don't follow your email with respect to when you wish to depose the Mr. Kunstlinger. It sounds like you are making a quid
pro quo appeal. That is to say that, you will agree to depose Mr. Kunstlinger in October, i

. Do you wish to depose
him on a date before or after the conference? If you wish to move forward with depositions then please provide me with
dates when you are available and I will check his schedule.

Also note that I will insist that you depose him in New York, his place of residence. Please let me know what is the basis
for your belief that Mr. Kunstlinger is currently and routinely travelling to Florida, as you have previously indicated. Please
show me any authority that requires that Mr. Kunstlinger, an out-of-state individual resident, to incur travel expenses at
your behest, for a lawsuit in which he did not file, which he did not choose the forum, and which he vigorously denies all
allegations.

Sincerely,

Mamane Law, LLC
Isaac Mamane, Esq.
10800 Biscayne Blvd., Suite 350 A
North Miami, Florida 33161

Tel: 305 - 773 - 6661

[Quoted text hidden]

11/10/2017     Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW   Document 70-1   Entered on FLSD Docket 11/10/2017   Page 10 of 43

 **Gmail**

**Rivkah Jaff <rivkah.jaff@gmail.com>**

___

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Isaac Mamane, Esq. <mamane@gmail.com>**            Fri, Sep 1, 2017 at 1:15 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: rleshinesq <rleshinesq@bellsouth.net>, Randall Leshin <rleshin@leshinlawfirm.com>, info@leshinlawfirm.com, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Rivkah,

My client cannot appear on October 27. He can appear on October 25 (the day before the settlement conference). I would prefer to schedule it after the settlement conference to conserve fees, but the logistics don't work. We also need it set in the afternoon. Can we schedule at 1 pm on October 25?

Please provide me with dates in November to depose your clients.

Sincerely,

Mamane Law, LLC
Isaac Mamane, Esq.
10800 Biscayne Blvd., Suite 350 A
North Miami, Florida 33161

Tel: 305 - 773 - 6661

[Quoted text hidden]

11/10/2017 Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW Document 70-1 Entered on FLSD Docket 11/10/2017 Page 11 of 43

 **Gmail**

**Rivkah Jaff <rivkah.jaff@gmail.com>**

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

---

**Rivkah Jaff <rivkah.jaff@gmail.com>** Tue, Sep 5, 2017 at 8:12 AM
To: "Isaac Mamane, Esq." <mamane@gmail.com>
Cc: rleshinesq <rleshinesq@bellsouth.net>, Randall Leshin <rleshin@leshinlawfirm.com>, info@leshinlawfirm.com, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Isaac:

We can do October 25 @ 1:00 p.m.

Randall - please confirm you're available then as well and provide us dates for your clients.

Best,
[Quoted text hidden]

11/10/2017      Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW Document 70-1 Entered on FLSD Docket 11/10/2017 Page 12 of 43

 **Gmail**

Rivkah Jaff <rivkah.jaff@gmail.com>

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Randall L. Leshin Esq.** <rleshin@leshinlawfirm.com>          Tue, Sep 5, 2017 at 1:26 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>, "Isaac Mamane, Esq." <mamane@gmail.com>
Cc: rleshinesq <rleshinesq@bellsouth.net>, info@leshinlawfirm.com, Neil Tobak <ntobak.zidellpa@gmail.com>,
"zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

My client can be available after the settlement conference if that is still necessary. I am hopeful of settling, and
remember, as I have pled, my client had no responsibility for any of the plaintiffs issues. He can, however, testify as to
their non-employee status. I recommend waiting.


Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304


(954) 941-9711 Ext. 203

(954) 941-9750 Fax


Cell: (561) 441-6084



**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential
use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged
and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended
recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or
copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us
immediately by reply e-mail or by telephone.

---

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Tuesday, September 5, 2017 8:12 AM
**To:** Isaac Mamane, Esq.
**Cc:** rleshinesq; Randall Leshin; info@leshinlawfirm.com; Neil Tobak; zabogado@aol.com; Natasha Toral-Gonzalez
**Subject:** Re: Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on
Motion to Continue

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=bf05a4b093&jsver=IA-kRWCnfiQ.en.&view=pt&msg=nf81529210286cc2&search=inbox&siml=15f81529210286cc2    1/1

 **Gmail**

**Rivkah Jaff <rivkah.jaff@gmail.com>**

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

---

**Rivkah Jaff** <rivkah.jaff@gmail.com>                                   Tue, Sep 5, 2017 at 1:42 PM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, rleshinesq <rleshinesq@bellsouth.net>, info@leshinlawfirm.com, Neil
Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez
<assistant.jhzidell@gmail.com>

Randall:

I have made our position very clear. We are not going to hold off on discovery indefinitely. Should I not receive a date
from you by close of business today with three proposed dates all to occur no later than 14 days after the Settlement
Conference - dates which include the individual Defendant you represent and the 30(b)(6) Corp Rep for the 2 Corp
Defendants - we will unilaterally issue notice and proceed accordingly.

Best,

[Quoted text hidden]

---

11/10/2017                                  Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW Document 70-1 Entered on FLSD Docket 11/10/2017 Page 14 of 43

 **Gmail**

**Rivkah Jaff <rivkah.jaff@gmail.com>**

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Rivkah Jaff <rivkah.jaff@gmail.com>**                                  Tue, Sep 5, 2017 at 1:43 PM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, rleshinesq <rleshinesq@bellsouth.net>, info@leshinlawfirm.com, Neil
Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez
<assistant.jhzidell@gmail.com>

Obviously, if we settle at the Settlement Conference then we will cancel the depositions scheduled.
[Quoted text hidden]

11/10/2017　　　Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW   Document 70-1   Entered on FLSD Docket 11/10/2017   Page 15 of 43

 **Gmail**                                                   Rivkah Jaff <rivkah.jaff@gmail.com>

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Randall L. Leshin Esq.** <rleshin@leshinlawfirm.com>                      Tue, Sep 5, 2017 at 2:21 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com"
<ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Rivkah,


Without meaning to put too fine a point on it, I have made my clients position clear as well. And I have repeatedly
cautioned you against running up the bill in this matter, and I will most certainly put the court on notice of my emails
on that matter should it become necessary.


Having said that, you may select any time in the 14 days after the settlement conference. I am open. If my client, who
will also be the corp rep, has an issue I will let you know, but that far ahead shouldn't be a problem.


Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304


(954) 941-9711 Ext. 203

(954) 941-9750 Fax


Cell: (561) 441-6084


**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential
use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged
and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended
recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or
copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us
immediately by reply e-mail or by telephone.

---

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Tuesday, September 5, 2017 1:43 PM
**To:** Randall L. Leshin Esq.
**Cc:** Isaac Mamane, Esq.; rleshinesq; info@leshinlawfirm.com; Neil Tobak; zabogado@aol.com; Natasha Toral-Gonzalez

[Quoted text hidden]

[Quoted text hidden]

11/10/2017     Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW   Document 70-1   Entered on FLSD Docket 11/16/2017   Page 17 of 43

 **Gmail**

Rivkah Jaff <rivkah.jaff@gmail.com>

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Rivkah Jaff** <rivkah.jaff@gmail.com>                                    Tue, Sep 5, 2017 at 2:27 PM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com"
<ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Randall

We are available 10/30, 10/31, 11/2, 11/3. Please confirm Defendants availability for one of those dates or propose alternative dates. We are going to issue Notice as to Isaac's client for October 25 commencing at 1:00 p.m. shortly.

Isaac

Let me know your availability for the above dates as well. We have no opposition if you want to appear by phone for them.

Best,
[Quoted text hidden]

11/10/2017　　　Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW　Document 70-1　Entered on FLSD Docket 11/10/2017　Page 18 of 43

 Gmail

**Rivkah Jaff <rivkah.jaff@gmail.com>**

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Isaac Mamane, Esq. <mamane@gmail.com>**　　　　　　　　　　　Tue, Sep 5, 2017 at 2:35 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

I am on a trial calendar for the 2 weeks beginning October 30. I cant guarantee when the case will be called. The week of November 13 would be better to avoid cancellation.

Sincerely,

Mamane Law, LLC
Isaac Mamane, Esq.
10800 Biscayne Blvd., Suite 350 A
North Miami, Florida 33161

Tel: 305 - 773 - 6661

[Quoted text hidden]

11/10/2017 Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW Document 70-1 Entered on FLSD Docket 11/10/2017 Page 19 of 43

 **Gmail**

**Rivkah Jaff <rivkah.jaff@gmail.com>**

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Randall L. Leshin Esq. <rleshin@leshinlawfirm.com>                    Tue, Sep 5, 2017 at 2:55 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

11/2.


Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304


(954) 941-9711 Ext. 203

(954) 941-9750 Fax


Cell: (561) 441-6084



**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us immediately by reply e-mail or by telephone.

───────────────────────────────

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Tuesday, September 5, 2017 2:27 PM
**To:** Randall L. Leshin Esq.
**Cc:** Isaac Mamane, Esq.; Neil Tobak; zabogado@aol.com; Natasha Toral-Gonzalez

[Quoted text hidden]

[Quoted text hidden]

11/10/2017    Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW   Document 70-1   Entered on FLSD Docket 11/10/2017   Page 20 of 43

 **Gmail**

**Rivkah Jaff <rivkah.jaff@gmail.com>**

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Rivkah Jaff <rivkah.jaff@gmail.com>**      Tue, Sep 5, 2017 at 6:34 PM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

We're available for Defendants depositions on Nov 13. Randall/Isaac please confirm good on your end. Thanks.
[Quoted text hidden]

 **Gmail**                                              Rivkah Jaff <rivkah.jaff@gmail.com>

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Isaac Mamane, Esq. <mamane@gmail.com>**                          Tue, Sep 5, 2017 at 6:39 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com"
<ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Yes.

Sincerely,

Mamane Law, LLC
Isaac Mamane, Esq.
10800 Biscayne Blvd., Suite 350 A
North Miami, Florida 33161

Tel: 305 - 773 - 6661

[Quoted text hidden]

Case 1:17-cv-20415-KMW Document 70-1 Entered on FLSD Docket 11/10/2017 Page 22 of 43

 **Gmail**                                                                  Rivkah Jaff <rivkah.jaff@gmail.com>

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Rivkah Jaff** <rivkah.jaff@gmail.com>                                          Tue, Sep 5, 2017 at 6:45 PM
To: "Isaac Mamane, Esq." <mamane@gmail.com>
Cc: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com"
<ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Randall:

Confirm on your end. See attached DRAFT. Please let me know if translator needed and what language same is needed
in if the answer is yes.

Best,

[Quoted text hidden]

---

 **Plaintiffs' Notice of Taking Depositions (Dfts.).docx**
20K

11/10/2017    Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW Document 70-1 Entered on FLSD Docket 11/10/2017 Page 23 of 43

 **Gmail**

Rivkah Jaff <rivkah.jaff@gmail.com>

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**Randall L. Leshin Esq.** <rleshin@leshinlawfirm.com>        Wed, Sep 6, 2017 at 10:39 AM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com"
<ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

I thought you said the 4 dates below. This is not one of them. I will have to check with my client and get back to you.

Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304

(954) 941-9711 Ext. 203

(954) 941-9750 Fax

Cell: (561) 441-6084

**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us immediately by reply e-mail or by telephone.

---

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Tuesday, September 5, 2017 6:34 PM

[Quoted text hidden]

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=bf05af06e3&jsver=M-xhRWn0io0.en_.&view=pt&msg=15e57a2f130878a8&q=rivkah%20jaff%jaffinlawfirm.com%     1/1



**M** Gmail

**Rivkah Jaff <rivkah.jaff@gmail.com>**

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC," et al Order on Motion to Continue

**Rivkah Jaff <rivkah.jaff@gmail.com>**                                          Wed, Sep 6, 2017 at 10:40 AM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>, "Isaac Mamane, Esq." <mamane@gmail.com>
Cc: Neil Tobak <ntobak.zidelpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez
<assistant.jhzidell@gmail.com>

I did and Isaac responded saying he can't because of a Trial. I am trying to work with both of you to coordinate dates.

[Quoted text hidden]

 **Gmail**                                            Rivkah Jaff <rivkah.jaff@gmail.com>

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

---

**Rivkah Jaff** <rivkah.jaff@gmail.com>                                         Thu, Sep 14, 2017 at 7:56 AM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>, "Isaac Mamane, Esq." <mamane@gmail.com>
Cc: Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Randall:

Hope all is ok on your end. I am checking in as to whether I can go ahead and Notice the depositions for Nov 13. Please advise.

Best,

[Quoted text hidden]

---

11/10/2017                Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW   Document 70-1   Entered on FLSD Docket 11/10/2017   Page 26 of 43

 Gmail

**Rivkah Jaff <rivkah.jaff@gmail.com>**

---

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

**rleshin** <rleshin@leshinlawfirm.com>                                              Thu, Sep 14, 2017 at 8:21 AM
To: rivkah.jaff@gmail.com
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>,
"zabogado@aol.com" <ZAbogado@aol.com>, Neil Tobak <ntobak.zidellpa@gmail.com>

Honestly Rivkah, there's such a thing as being too gung-ho. Much of S. Fla. still has no power, I'm writing this on my phone because my office has no internet, we are still cleaning up after the storm, the courts are closed, and contacting my clients is, candidly, not my first priority. Is this your only case? Or the only thing you have to do? Give it a rest until at least next week. Maybe some volunteer work for people in Miami who need help.

Randy

Sent from my Verizon 4G LTE Droid
On 14 Sep 2017 7:56 am, Rivkah Jaff <rivkah.jaff@gmail.com> wrote:
>
> Randall:
>
> Hope all is ok on your end. I am checking in as to whether I can go ahead
> and Notice the depositions for Nov 13. Please advise.
>
> Best,
>
>
> On Wed, Sep 6, 2017 at 10:40 AM, Rivkah Jaff <rivkah.jaff@gmail.com> wrote:
>
> > I did and Isaac responded saying he can't because of a Trial. I am trying
> > to work with both of you to coordinate dates.
> >
> > On Wed, Sep 6, 2017 at 10:39 AM, Randall L. Leshin Esq. <
> > rleshin@leshinlawfirm.com> wrote:
> >
> >> I thought you said the 4 dates below. This is not one of them. I will
> >> have to check with my client and get back to you.
> >>
> >>
> >>
> >> Thank You,
> >>
> >> Randall L. Leshin, Esq.
> >>
> >> The Leshin Law Firm
> >>
> >> 1975 East Sunrise Blvd., Suite 504
> >>
> >> Fort Lauderdale, FL 33304
> >>
> >>
> >>
> >> (954) 941-9711 Ext. 203 <(954)%20941-9711>
> >>
> >> (954) 941-9750 Fax
> >>
> >>
> >> Cell: (561) 441-6084
> >>

11/10/2017　　Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Order on Motion to Continue

Case 1:17-cv-20415-KMW Document 70-2 Entered on FLSD Docket 11/10/2017 Page 27 of 43

> >>
> >>
> >>
> >>
> >> *Confidentiality:* The information contained in this e-mail, and/or any
> >> attachments, is intended only for the personal and confidential use of the
> >> designated recipients of the email. This message may be an attorney-client
> >> communication and, as such, is privileged and confidential. If you are not
> >> an intended recipient of this message or an agent responsible for
> >> delivering it to an intended recipient, you are hereby notified that you
> >> have received this message in error, and that any review, dissemination,
> >> distribution, or copying of this message is strictly prohibited. If you
> >> have received this message in error, please delete it and all copies and
> >> notify us immediately by reply e-mail or by telephone.
> >>
> >>
> >>
> >>
> >>
> >> *From:* Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
> >> *Sent:* Tuesday, September 5, 2017 6:34 PM
> >>
> >> *To:* Randall L. Leshin Esq.
> >> *Cc:* Isaac Mamane, Esq.; Neil Tobak; zabogado@aol.com; Natasha
> >> Toral-Gonzalez
> >> *Subject:* Re: Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King
> >> of Diamonds Miami "LLC" et al Order on Motion to Continue
> >>
> >>
> >>
> >> We're available for Defendants depositions on Nov 13. Randall/Isaac
> >> please confirm good on your end. Thanks.
> >>
> >>
> >>
> >> On Tue, Sep 5, 2017 at 2:55 PM, Randall L. Leshin Esq. <
> >> rleshin@leshinlawfirm.com> wrote:
> >>
> >> 11/2.
> >>
> >>
> >>
> >> Thank You,
> >>
> >> Randall L. Leshin, Esq.
> >>
> >> The Leshin Law Firm
> >>
> >> 1975 East Sunrise Blvd., Suite 504
> >>
> >> Fort Lauderdale, FL 33304
> >>
> >>
> >>
> >> (954) 941-9711 Ext. 203 <(954)%20941-9711>
> >>
> >> (954) 941-9750 Fax
> >>
> >>
> >>
> >> Cell: (561) 441-6084
> >>
> >>
> >>
> >>

> > >
> >> *Confidentiality: *The information contained in this e-mail, and/or any
> >> attachments, is intended only for the personal and confidential use of the
> >> designated recipients of the email. This message may be an attorney-client
> >> communication and, as such, is privileged and confidential. If you are not
> >> an intended recipient of this message or an agent responsible for
> >> delivering it to an intended recipient, you are hereby notified that you
> >> have received this message in error, and that any review, dissemination,
> >> distribution, or copying of this message is strictly prohibited. If you
> >> have received this message in error, please delete it and all copies and
> >> notify us immediately by reply e-mail or by telephone.
> >>
> >>
> >>
> >>
> >>
> >> *From:* Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
> >> *Sent:* Tuesday, September 5, 2017 2:27 PM
> >> *To:* Randall L. Leshin Esq.
> >> *Cc:* Isaac Mamane, Esq.; Neil Tobak; zabogado@aol.com; Natasha
> >> Toral-Gonzalez
> >>
> >>
> >> *Subject:* Re: Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King
[Quoted text hidden]
> >> (954) 941-9711 Ext. 203 <(954)%20941-9711>
> >>
> >> (954) 941-9750 Fax
> >>
> >>
> >>
> >> Cell: (561) 441-6084
> >>
> >>
> >>
> >>
> >>
> >> *Confidentiality: *The information contained in this e-mail, and/or any
> >> attachments, is intended only for the personal and confidential use of the
> >> designated recipients of the email. This message may be an attorney-client
> >> communication and, as such, is privileged and confidential. If you are not
> >> an intended recipient of this message or an agent responsible for
> >> delivering it to an intended recipient, you are hereby notified that you
> >> have received this message in error, and that any review, dissemination,
> >> distribution, or copying of this message is strictly prohibited. If you
> >> have received this message in error, please delete it and all copies and
> >> notify us immediately by reply e-mail or by telephone.
> >>
> >>
> >>
> >>
> >>
> >> *From:* Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
> >> *Sent:* Tuesday, September 5, 2017 1:43 PM
> >> *To:* Randall L. Leshin Esq.
> >> *Cc:* Isaac Mamane, Esq.; rleshinesq; info@leshinlawfirm.com; Neil
> >> Tobak; zabogado@aol.com; Natasha Toral-Gonzalez
> >>
> >>
> >> *Subject:* Re: Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King
[Quoted text hidden]

 **Gmail**                                                           Rivkah Jaff <rivkah.jaff@gmail.com>

## 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

**Rivkah Jaff** <rivkah.jaff@gmail.com>                                    Mon, Sep 25, 2017 at 12:10 PM
To: "Isaac Mamane, Esq." <mamane@gmail.com>, "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>,
info@leshinlawfirm.com, rleshinesq <rleshinesq@bellsouth.net>, Neil Tobak <ntobak.zidellpa@gmail.com>,
"zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Randall/Isaac:

Please find attached hereto Plaintiffs' Notice of Taking Depositions for November 13, 2017, commencing at 10:00 a.m. at the undersigned Firm.

Please advise no later than (72) hours prior to the taking of the depositions as to whether a translator will be needed and indicate in what language same will be needed in.

Best,

--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.


J.H. Zidell, PA

NOTICE: The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure. It is intended only for the use of the individual(s) or entity(ies) to whom it is addressed. If you are not an intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer. Nothing contained in this disclosure notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist. Thank you.

NOTICE: If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.

 **Plaintiffs' Notice of Taking Depositions (Dfts.).pdf**
28K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20415-CIV-WILLIAMS/SIMONTON

LUIS ENRIQUE CAMACHO HOPKINS,       )
MISAEL RIGOBERTO MENOCAL            )
CACERES, JONNATAN TREVINO           )
HERNANDEZ, PAUL LUQUE,              )
FRANCISCO J ROBLETO, and all others )
similarly situated under 29 U.S.C. 216(b), )
                                    )
             Plaintiffs,            )
     vs.                            )
                                    )
KING OF DIAMONDS MIAMI "LLC" a/k/a  )
CLUB KOD,                           )
MOVEMENT EVENTS LLC,                )
JEFFREY VASILAS,                    )
ELLIOT KUNSTLINGER,                 )
                                    )
             Defendants.            )
_____ )

**PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS**

TO:
**RANDALL LEIGH LESHIN, ESQ.**
**712 E MCNAB RD**
**POMPANO BEACH, FL 33060**
**PH: 954-941-9711**
**FAX: 941-9750**
**EMAIL: RLESHIN@LESHINLAWFIRM.COM**
*Counsel for Defendants KING OF DIAMONDS MIAMI "LLC" a/k/a*
*CLUB KOD, MOVEMENT EVENTS LLC, and JEFFREY VASILAS*

**DANIEL T. FELD, ESQ.**[1]
**DANIEL T FELD P.A.**
**2847 HOLLYWOOD BLVD.**
**HOLLYWOOD, FL 33020**
**PH: (305) 308 - 5619**
**EMAIL: DANIELFELD.ESQ@GMAIL.COM**
*Counsel for Defendant Elliot Kunstlinger*

---

[1] The instant Notice was served on Isaac Mamane, Esq.

1

Please take notice that on **NOVEMBER 13, 2017,**[2] **at the below specified times,** at J.H. Zidell,

P.A., 300 71st Street, #605, Miami Beach, FL 33141, Plaintiffs will take the depositions of the

following deponents <u>to be produced by Defense counsel</u>:

1. 10:00 a.m.-------------------- JEFFREY VASILAS;

2. 11:30 a.m. -------------------- 30(b)(6) corporate representative(s) of KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD, to testify as a fact witness, and also to provide testimony regarding the allegations in the most recent Complaint, including:

The hiring process and persons involved regarding Plaintiff;
The content of Plaintiff's personnel files;
Defendant's wage and hour policies during the relevant period;
The method Plaintiff was paid via payroll and his wages;
Plaintiff's schedule during the relevant period and any time records that exist regarding same;
Whether Defendants have dealt with the US and/or Florida Departments of Labor over the past (5) years regarding wage and hour matters, including any investigatory matters;
Defendant's gross annual income during the relevant period;
Defendant's or their employees' involvement in interstate commerce (if any) relevant to FLSA coverage during the relevant period;
Any exemptions and other affirmative defenses claimed by the defense;
Identification of Plaintiff's co-workers and their contact information;
Identification of any witnesses that Defendant believes has knowledge relevant to the instant lawsuit and their contact information.

3. 1:00 p.m. -------------------- 30(b)(6) corporate representative(s) of MOVEMENT EVENTS LLC, to testify as a fact witness, and also to provide testimony regarding the allegations in the most recent Complaint, including:

The hiring process and persons involved regarding Plaintiff;
The content of Plaintiff's personnel files;
Defendant's wage and hour policies during the relevant period;
The method Plaintiff was paid via payroll and his wages;
Plaintiff's schedule during the relevant period and any time records that exist regarding same;
Whether Defendants have dealt with the US and/or Florida Departments of Labor over the past (5) years regarding wage and hour matters, including any investigatory matters;
Defendant's gross annual income during the relevant period;

---

[2] Federal Rules of Civil Procedure, Rule 30(b)(1) states in part that "a party who wants to depose a person by oral question must given *reasonable written notice* to ever other party." [emphasis added]. Should a re-notice be requested, please immediately provide alternative dates for the depositions herein noticed to occur no later than mid-November. Please note, Plaintiffs intend to proceed as herein noticed absent a re-notice and reserve all rights to seek all fees and costs in relation to Defendants non-appearance.

Defendant's or their employees' involvement in interstate commerce (if any) relevant to FLSA coverage during the relevant period;
Any exemptions and other affirmative defenses claimed by the defense;
Identification of Plaintiff's co-workers and their contact information;
Identification of any witnesses that Defendant believes has knowledge relevant to the instant lawsuit and their contact information.

**Please advise no later than (72) hours prior to the depositions as to whether a translator is needed and indicate in what language same is needed in.**

Said deposition(s) will be upon oral examination, before an officer duly authorized by law to take depositions, and will continue from day to day until completed. The deposition(s) is/are being taken for purposes of discovery, for use at trial, or both or for such other purposes as are permitted under the applicable rules. The deposition may be recorded by videotape. The persons so designated shall testify about matters known or reasonably available.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 9/25/17 TO:**

**"THE ABOVE NOTICED."**

BY:__/s/____Rivkah F. Jaff_____
    **RIVKAH F. JAFF, ESQ.**

3

 **Gmail**

Rivkah Jaff <rivkah.jaff@gmail.com>

---

## 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

---

**Randall L. Leshin Esq.** <rleshin@leshinlawfirm.com>　　　　　　　　　Mon, Sep 25, 2017 at 2:53 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>, "Isaac Mamane, Esq." <mamane@gmail.com>, info@leshinlawfirm.com, rleshinesq
<rleshinesq@bellsouth.net>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>,
Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Never agreed to this and haven't been able to confirm. If you keep using the wrong address, I may never be able to
confirm. If I have to file a Motion for Protective Order, I will do so. Please correct your forms with my address. I don't
really care what PACER might say.


Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304


(954) 941-9711 Ext. 203

(954) 941-9750 Fax


Cell: (561) 441-6084


**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential
use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged
and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended
recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or
copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us
immediately by reply e-mail or by telephone.

---

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Monday, September 25, 2017 12:11 PM
**To:** Isaac Mamane, Esq.; Randall L. Leshin Esq.; info@leshinlawfirm.com; rleshinesq; Neil Tobak;
zabogado@aol.com; Natasha Toral-Gonzalez
**Subject:** 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-
20415

https://mail.google.com/mail/u/0/?ui=2&ik=b70b54f0994&jsver=M-xhRWnolpo0.en_&view=pt&msg=15ebab8a20b9c07&q=lesh%40leshinlawfirm.com%5C... 2/2

[Quoted text hidden]

Randall/Isaac:

 **Gmail**

**Rivkah Jaff <rivkah.jaff@gmail.com>**

---

## 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

---

**Randall L. Leshin Esq. <rleshin@leshinlawfirm.com>**                     Wed, Nov 8, 2017 at 10:32 AM
To: Rivkah Jaff <rivkah.jaff@gmail.com>, "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak
<ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez
<assistant.jhzidell@gmail.com>

Rivkah,

You never responded to this email. Please consider this my attempt to confer with you and reschedule the deposition
for a mutually agreeable time and place. I need to know if a motion for protective order is required.

Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304

(954) 941-9711 Ext. 203

(954) 941-9750 Fax

Cell: (561) 441-6084

**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential
use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged
and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended
recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or
copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us
immediately by reply e-mail or by telephone.

---

**From:** Randall L. Leshin Esq. [mailto:rleshin@leshinlawfirm.com]
**Sent:** Monday, September 25, 2017 2:54 PM
**To:** 'Rivkah Jaff'; 'Isaac Mamane, Esq.'; 'info@leshinlawfirm.com'; 'rleshinesq'; 'Neil Tobak'; 'zabogado@aol.com';

'Natasha Toral-Gonzalez'

**Subject:** RE: 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

Never agreed to this and haven't been able to confirm. If you keep using the wrong address, I may never be able to confirm. If I have to file a Motion for Protective Order, I will do so. Please correct your forms with my address. I don't really care what PACER might say.

Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304

(954) 941-9711 Ext. 203

(954) 941-9750 Fax

Cell: (561) 441-6084

**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us immediately by reply e-mail or by telephone.

---

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Monday, September 25, 2017 12:11 PM
**To:** Isaac Mamane, Esq.; Randall L. Leshin Esq.; info@leshinlawfirm.com; rleshinesq; Neil Tobak; zabogado@aol.com; Natasha Toral-Gonzalez
**Subject:** 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

Randall/Isaac:

[Quoted text hidden]

 Gmail

**Rivkah Jaff <rivkah.jaff@gmail.com>**

---

## 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

---

**Rivkah Jaff <rivkah.jaff@gmail.com>**                                    Wed, Nov 8, 2017 at 10:34 AM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com"
<ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Randall:

You have not provided me with alternative dates and we are not going to burn out discovery. Please provide me with
alternative dates to occur within one week of the scheduled date so we can circle with Dan and secure a date. Please
note, until the matter has been re-noticed we intend to proceed as properly noticed absent a Court Order to the contrary.

Best,
[Quoted text hidden]

 Gmail

Rivkah Jaff <rivkah.jaff@gmail.com>

## 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

Randall L. Leshin Esq. <rleshin@leshinlawfirm.com>                                         Wed, Nov 8, 2017 at 1:37 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Burn out discovery? We haven't even seen a single date for any of the plaintiffs to be deposed. Don't the plaintiffs usually go first?

My client is coming into his busy season and we have every right to schedule a deposition at a mutually convenient time and place after we initially agreed on a date and then you just unilaterally changed it without so much as a "by your leave." Or did you forget that?

If you insist on proceeding without trying to work with me, by which I mean not giving me one week ultimatums, I will file a motion for protective order. Please advise.

Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304

(954) 941-9711 Ext. 203

(954) 941-9750 Fax

Cell: (561) 441-6084

**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us immediately by reply e-mail or by telephone.

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Wednesday, November 8, 2017 10:34 AM
**To:** Randall L. Leshin Esq.
**Cc:** Isaac Mamane, Esq.; Neil Tobak; zabogado@aol.com; Natasha Toral-Gonzalez
**Subject:** Re: 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

[Quoted text hidden]

 **Gmail**

<div align="right">

Rivkah Jaff <rivkah.jaff@gmail.com>

</div>

---

## 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

**Rivkah Jaff** <rivkah.jaff@gmail.com>                                                    Wed, Nov 8, 2017 at 1:53 PM
To: "Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com" <ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

Randall:

My email cannot be any more clear that I am in fact willing to work with you. I have asked you to provide me with alternative dates for same to occur so that we can work with you on trying to re-set the depositions. Please do so in order to have this matter resolved timely.

Best,

[Quoted text hidden]

 **Gmail**

Rivkah Jaff <rivkah.jaff@gmail.com>

---

## 11/13/17 DEPOSITIONS - SERVICE OF COURT DOCUMENTS - Hopkins v. King of Diamons Case No: 17-20415

---

**Randall L. Leshin Esq.** <rleshin@leshinlawfirm.com>                    Wed, Nov 8, 2017 at 2:48 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: "Isaac Mamane, Esq." <mamane@gmail.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, "zabogado@aol.com"
<ZAbogado@aol.com>, Natasha Toral-Gonzalez <assistant.jhzidell@gmail.com>

I will get alternative dates.


Thank You,

Randall L. Leshin, Esq.

The Leshin Law Firm

1975 East Sunrise Blvd., Suite 504

Fort Lauderdale, FL 33304


(954) 941-9711 Ext. 203

(954) 941-9750 Fax


Cell: (561) 441-6084


**Confidentiality:** The information contained in this e-mail, and/or any attachments, is intended only for the personal and confidential use of the designated recipients of the email. This message may be an attorney-client communication and, as such, is privileged and confidential. If you are not an intended recipient of this message or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please delete it and all copies and notify us immediately by reply e-mail or by telephone.

---

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Wednesday, November 8, 2017 1:54 PM

[Quoted text hidden]

[Quoted text hidden]

11/10/2017                    Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Motion for Protective Order

Case 1:17-cv-20415-KMW   Document 70-1   Entered on FLSD Docket 11/10/2017   Page 42 of 43

 Gmail

Rivkah Jaff <rivkah.jaff@gmail.com>

## Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Motion for Protective Order
2 messages

**cmecfautosender@flsd.uscourts.gov** <cmecfautosender@flsd.uscourts.gov>                    Thu, Nov 9, 2017 at 6:46 PM
To: flsd_cmecf_notice@flsd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered by Leshin, Randall on 11/9/2017 at 6:46 PM EST and filed on 11/9/2017
**Case Name:**          Hopkins et al v. King of Diamonds Miami "LLC" et al
**Case Number:**      1:17-cv-20415-KMW
**Filer:**                   King of Diamonds Miami "LLC"
                            Movement Events LLC
                            Jeffrey Vasilas
**Document Number:** 69

**Docket Text:**
**Defendant's MOTION for Protective Order by King of Diamonds Miami "LLC", Movement Events LLC, Jeffrey Vasilas. (Leshin, Randall)**

**1:17-cv-20415-KMW Notice has been electronically mailed to:**

Daniel T. Feld &nbsp &nbsp DanielFeld.Esq@Gmail.com

Isaac Jackie Mamane &nbsp &nbsp Mamane@gmail.com

Jamie H. Zidell &nbsp &nbsp ZABOGADO@AOL.COM

Neil Tobak &nbsp &nbsp ntobak.zidellpa@gmail.com

Randall Leigh Leshin &nbsp &nbsp rleshin@leshinlawfirm.com, info@leshinlawfirm.com, rleshinesq@bellsouth.net

Rivkah Fay Jaff &nbsp &nbsp Rivkah.Jaff@gmail.com

**1:17-cv-20415-KMW Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=11/9/2017] [FileNumber=16954425-

11/10/2017 Gmail - Activity in Case 1:17-cv-20415-KMW Hopkins et al v. King of Diamonds Miami "LLC" et al Motion for Protective Order

Case 1:17-cv-20415-KMW Document 70-1 Entered on FLSD Docket 11/10/2017 Page 43 of 43

**Rivkah Jaff** <rivkah.jaff@gmail.com>                                    Fri, Nov 10, 2017 at 7:48 AM
To: "zabogado@aol.com" <ZAbogado@aol.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, Natasha Toral-Gonzalez
<assistant.jhzidell@gmail.com>, Daniel Feld <danielfeld.esq@gmail.com>, "Isaac Mamane, Esq." <mamane@gmail.com>,
"Randall L. Leshin Esq." <rleshin@leshinlawfirm.com>

Randall:

In an ongoing effort to resolve the dispute, please provide me with alternative dates for us to re-set Defendants within the
month of November so that we do not burn out any more valuable discovery time.

Best,

[Quoted text hidden]
--
Rivkah F. Jaff, Esq., M.A.
Admitted to practice in FL, NY, NJ
The United States District Court for the Southern District of FL.
The United States Court of Appeals for the Eleventh Circuit.


J.H. Zidell, PA

**NOTICE:** The information in this e-mail is confidential and may contain information that is attorney-client privileged or otherwise exempt from disclosure.  It is
intended only for the use of the individual(s) or entity(ies) to whom it is addressed.  If you are not an intended recipient, you are hereby notified that any use,
dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender
immediately by telephone or by return e-mail and delete the entire message (and any attachments) from their computer.  Nothing contained in this disclosure
notice shall be deemed to create an attorney-client relationship between sender and recipient where such a relationship does not otherwise exist.  Thank you.

**NOTICE:** If this is a communication relating to settlement discussions, it is intended that it be deemed confidential under the applicable rules of evidence.