## United States District Court

SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| LUIS ENRIQUE CAMACHO HOPKINS, MISAEL RIGOBERTO MENOCAL CACERES, JONNATAN TREVINO HERNANDEZ, PAUL LUQUE, FRANCISCO J. ROBLETO and all others similarly situated under 29 U.S.C. 216(b)<br><br>        Plaintiffs,<br>    vs.<br><br>KING OF DIAMONDS MIAMI "LLC" A/K/A CLUB KOD, MOVEMENT EVENTS LLC, JEFFREY VASILAS, ELLIOT KUNSTLINGER<br><br>        Defendants. | **DEFENDANT ELLIOT KUNSTLINGER'S WITNESS LIST**<br><br>17-20415-CIV-WILLIAMS/SIMONTON |

| PRESIDING JUDGE<br>Honorable<br>JUDGE WILLIAMS | PLAINTIFF'S ATTORNEY<br>J.H Zidell, Esq.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Daniel T. Feld, Esq.<br>2847 Hollywood Blvd.<br>Hollywood, Florida 33020 | DEFENDANTS' ATTORNEY<br>Randall L. Leshin, Esq.<br>1975 E Sunrise Blvd.<br>Suite 504<br>Ft. Lauderdale, FL 33304 |
|---|---|---|---|
| TRIAL DATE(S)<br>June 25, 2018 | | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | | |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff, Luis Enrique Camacho Hopkins c/o J.H. Zidell, Esq. |
| 2 | | | | | Plaintiff, Misael Rigoberto Menocal Caceres c/o J.H. Zidell, Esq. |
| 3 | | | | | Plaintiff, Jonnatan Trevino Hernandez c/o J.H. Zidell, Esq. |
| 4 | | | | | Plaintiff, Paul Luque c/o J.H. Zidell, Esq. |
| 5 | | | | | Plaintiff, Francisco J. Robleto c/o J.H. Zidell, Esq. |
| 6 | | | | | Defendant, Jeffrey Vasilas c/o Randall L. Leshin, Esq. |
| 7 | | | | | Defendant, Elliot Kunstlinger c/o Daniel T. Feld, Esq. |
| 8 | | | | | 30(b)(6) representative of King of Diamonds Miami LLC c/o Randall L. Leshin, Esq. |
| 9 | | | | | 30(b)(6) representative of Movement Events LLC c/o Randall L. Leshin, Esq. |

| | | | | | |
|---|---|---|---|---|---|
| 10 | | | | | Ernesto Davila, 7801 NE 4th Court, Apt. 304, Miami, Florida 33138. |
| 11 | | | | | Wilfredo Montes, 3484 NW 3rd Street, Miami, Florida 33126. |
| 12 | | | | | Impeachment witnesses. |
| 13 | | | | | Rebuttal witnesses |
| 14 | | | | | Any witnesses listed on Plaintiffs' witness list that are not objected to by Defendant or who are allowed to testify over Defendant's objections. |