UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20415-CIV-WILLIAMS/SIMONTON

LUIS ENRIQUE CAMACHO HOPKINS, )
MISAEL RIGOBERTO MENOCAL )
CACERES, JONNATAN TREVINO )
HERNANDEZ, PAUL LUQUE, )
FRANCISCO J. ROBLETO and all others )
similarly situated under 29 U.S.C. 216(b) )
)
           Plaintiffs, )
  vs. )
)
KING OF DIAMONDS MIAMI "LLC" A/KA )
CLUB KOD, MOVEMENT EVENTS LLC, )
JEFFREY VASILAS, )
ELLIOT KUNSTLINGER )
)
           Defendants. )

**DEFENDANTS, KING OF DIAMONDS MIAMI "LLC" A/KA CLUB KOD, MOVEMENT EVENTS LLC, AND JEFFREY VASILAS RESPONSE TO PLAINTIFF FRANCISCO J. ROBLETO'S EXPEDITED MOTION TO APPEAR TELEPHONICALLY FOR THE COURT'S SETTLEMENT CONFERENCE OR IN THE ALTERNATIVE FOR COUNSEL TO HAVE FULL AND FINAL SETTLEMENT AUTHORITY**

    Comes Now Defendants, KING OF DIAMONDS MIAMI "LLC" A/KA CLUB KOD, MOVEMENT EVENTS LLC, and JEFFREY VASILAS (collectively KOD), by and through undersigned counsel, and hereby file Defendants' Response to Plaintiff's Francisco J. Robleto's Expedited Motion and in support thereof states as follows:

    1.    KOD adopts and incorporates by reference the response filed by Co-Defendant Kunstlinger on even date, to the extent it applies to the KOD defendants.

    2.    Plaintiffs previously asked for an expedited date for KOD depositions after they unilaterally cancelled the scheduled depositions due to their own unavailability. And, despite being given a week's worth of alternatives, all within the next week after their proposed date, Plaintiffs

noticed the depositions unilaterally for January 15, 2018, which happens to be a National Federal holiday (Martin Luther King Day). And the Court then ordered the depositions on the federal holiday, even though the KOD defendants had not yet responded to the motion, in the time allowed by the rules.

3. The point being that now Plaintiffs want the Court to give them even more expedited and favorable consideration, without any substantial basis. It appears to the KOD defendants that the Plaintiffs are simply spread all over the country and, indeed, the world, and do not have much of an interest in this litigation, while their attorneys are trying to pursue it for one reason only; to obtain attorney fees.

4. In conclusion, Plaintiffs have not demonstrated that sufficient circumstances exist to excuse personal appearance at the settlement conference.

5. The motion should be denied.

Respectfully Submitted,

By: /s/Randall L. Leshin
Randall L. Leshin , Esq.
Florida Bar No. 380253
Randall Leshin, P.A.
Attorney for King of Diamonds Miami, LLC,
Movement Events, LLC, and Jeffery Vasilas
1975 East Sunrise Blvd., Suite 504
Ft. Lauderdale, FL 33304
Tel. 954-941-9711
rleshin@leshinlawfirm.com
email@leshinlawfirm.com

## CERTIFICATE OF SERVICE

       I hereby certify that on December 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties listed below who are authorized to receive electronically Notices of Electronic Filing in this matter.

By: /s/Randall L. Leshin
Randall L. Leshin , Esq.
Florida Bar No. 380253
Randall Leshin, P.A.
Attorney for King of Diamonds Miami, LLC,
Movement Events, LLC, and Jeffery Vasilas
1975 East Sunrise Blvd., Suite 504
Ft. Lauderdale, FL 33304
Tel. 954-941-9711
rleshin@leshinlawfirm.com
email@leshinlawfirm.com


Jamie H. Zidell, Esq.,
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
(305) 865-6766
ZABOGADO@AOL.COM

Neil Tobak, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
(305) 865-6766
ntobak.zidellpa@gmail.com

Rivkah Jaff, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Rivkah.Jaff@gmail.com

Daniel T. Feld, Esq.
Daniel T Feld P.A.
Attorney for Defendant, Elliot Kunstlinger
2847 Hollywood Blvd.
Hollywood, FL 33020
(305) 308 - 5619
DanielFeld.Esq@Gmail.com

Isaac Jackie Mamane, Esq.
Mamane Law LLC
Attorney for Defendant, Elliot Kunstlinger
10800 Biscayne Blvd., Suite 350A
Miami, FL 33161
(305) 773-6661
Mamane@gmail.com