UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20415-CIV-WILLIAMS/SIMONTON

| | |
|---|---|
| LUIS ENRIQUE CAMACHO HOPKINS, MISAEL RIGOBERTO MENOCAL CACERES, JONNATAN TREVINO HERNANDEZ, FRANCISCO J ROBLETO, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD, MOVEMENT EVENTS LLC, JEFFREY VASILAS, ELLIOT KUNSTLINGER, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF. FRANCISCO J ROBLETO, REPLY TO DEFENDANTS' RESPONSES [DE93] & [DE94]

**COMES NOW** the Plaintiff, FRANCISCO J ROBLETO ("Robleto"), by and through counsel, and hereby Replies to Defendants' Responses in Opposition to Plaintiff Robletor's Expedited Motion seeking entry of an Order permitting Plaintiff Robleto to appear telephonically for the upcoming Settlement Conference per [DE91] or, in the alternative, for counsel to have full and final settlement authority on his behalf, filed by Defendants as [DE93] and [DE94], and in support thereof state as follows:

1. As reflected by Plaintiff Robleto's itinerary, Plaintiff Robleto booked his ticket on October 7, 2017. [DE92-1].

2. Plaintiff Robleto indicated to his counsel that he was travelling to Nicaragua for the

month of December but, inadvertently failed to disclose that his return trip was only set for January 12, 2018. Plaintiff's counsel only learned of his client's unavailability subsequent to Defendant Kunstlinger unilaterally noticing Plaintiff Robleto's deposition for January 15, 2017.[1]

3. Plaintiff Robleto's travel plans are temporary but far from elective as Plaintiff Robleto is travelling so that he can be with his family member (mother) for a medical surgery.

4. Further, requiring Plaintiff FRANCISCO J ROBLETO to buy a new return ticket from Nicaragua and appear in person for the upcoming Settlement Conference per [DE91] will cause a severe economic hardship to Plaintiff. The undersigned called the booking agency in order to obtain information relevant to the cost of changing Plaintiff Robleto's ticket to three (3) days earlier than currently booked and Defendants are incorrect in suggesting that it would cost a mere $100 difference in price from Defendant Kunstlinger's ticket from NYC to Miami. If Plaintiff is able to travel to Miami earlier than currently scheduled, which is largely based on whether there is an early flight, the availability, if any, on said flight, and whether or not Plaintiff's family member (mother) will be out of surgery and on the road to recovery in time, Plaintiff would be charged a penalty in the amount of $250 by the booking agency plus the additional charge of the difference in the price for the changed flight; there may also not be availability as the booking agency said there was limited space to return by January 9, 2018. Plaintiff is a

---

[1] Defendants mischaracterize Plaintiff's counsel's conferral regarding unavailability for Plaintiff Robleto's deposition that was unilaterally set to occur on 1/15/18. On 12/12/17, Plaintiff's counsel advised Defendants as follows: "This was not a date agreed to by the parties as it was unilaterally set and unfortunately we cannot accommodate. However, I believe you offered the 16th as a possible date as well. That date would work. Please re- notice the deposition for January 16th, 2018." Nowhere in said communication did Plaintiff's counsel advise Defendants that counsel was not available on said date.

laborer and does not have funds for said trip and, therefore, has pled economic hardship and given the Court his reason why it would be unrealistic for him to have to appear in person for the Settlement Conference per [DE91].

5. Defendant Kunstlinger takes the position that he should not be "inconvenienced" by being required to attend the Settlement Conference in person. [DE93]. However, said individual Defendant does not rise to the level of "severe" economic hardship, or otherwise.

**WHEREFORE** PLAINTIFF ROBLETO RESPECTFULLY REQUEST ENTRY OF AN ORDER PERMITTING PLAINTIFF ROBLETO TO APPEAR TELEPHONICALLY FOR THE SETTLEMENT CONFERENCE [DE91] OR, IN THE ALTERNATIVE, FOR COUNSEL TO APPEAR ON HIS BEHALF WITH FULL AND FINAL SETTLEMENT AUTHORITY.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 1/2/18 TO:**

**RANDALL LEIGH LESHIN, ESQ.
THE LESHIN LAW FIRM
1975 EAST SUNRISE BLVD., SUITE 504
FORT LAUDERDALE, FL 33304**

**PH: (954) 941-9711 EXT. 203**
**FAX: (954) 941-9750**
**CELL: (561) 441-6084**
**EMAIL: RLESHIN@LESHINLAWFIRM.COM**
*Counsel for Defendants KING OF DIAMONDS MIAMI "LLC" a/k/a*
*CLUB KOD, MOVEMENT EVENTS LLC, and JEFFREY VASILAS*

**DANIEL T. FELD, ESQ.**
**DANIEL T FELD P.A.**
**2847 HOLLYWOOD BLVD.**
**HOLLYWOOD, FL 33020**
**PH: (305) 308 - 5619**
**EMAIL: DANIELFELD.ESQ@GMAIL.COM**
*Counsel for Defendant Elliot Kunstlinger*

BY:_____/s/ Rivkah F. Jaff_____
**RIVKAH F. JAFF, ESQ.**