UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20415-CIV-WILLIAMS/SIMONTON

| | |
|---|---|
| LUIS ENRIQUE CAMACHO HOPKINS, MISAEL RIGOBERTO MENOCAL CACERES, JONNATAN TREVINO HERNANDEZ, PAUL LUQUE, FRANCISCO J. ROBLETO and all others similarly situated under 29 U.S.C. 216(b)<br><br>    Plaintiffs,<br> vs.<br><br>KING OF DIAMONDS MIAMI "LLC" A/KA CLUB KOD, MOVEMENT EVENTS LLC, JEFFREY VASILAS, ELLIOT KUNSTLINGER<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF HEARING AND JOINT STATEMENT OF REMAINING DISCOVERY DISPUTES

Comes Now the Parties, and hereby gives Notice that a hearing on Defendant's Motion to Compel and Plaintiffs' Motion to Compel is set for January 11, 2018 at 2:30 p.m. in front of the Honorable Andrea M. Simonton located on the 10th floor of the James Lawrence King Federal Justice Building 99 N.E. Fourth Street, Room 1067, Miami, Florida 33132.

**For Plaintiffs:**

Plaintiffs are requesting the Court address issues with respect to Defendant ELLIOT KUNTSLINGER's objections and responses to Plaintiffs' initial set of written discovery directed towards Defendant ELLIOT KUNTSLINGER. Specifically, Plaintiffs seek to compel better responses to Plaintiffs' First Set of Interrogatories Nos.: 5, and better responses to Plaintiffs' First Set of Request for Production Nos.: 49, and 50.

[1]Additionally, Plaintiffs are requesting the Court address issues with respect to Defendants KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD, MOVEMENT EVENTS LLC, and JEFFREY VASILAS objections and responses to Plaintiffs initial set of discovery, directed towards the Defendants. Specifically, Plaintiffs seek to compel better responses to Plaintiffs' First Set of Interrogatories Nos.: 1, 4, 5, 6, 7, 10 and to have interrogatories verified by Defendants, and better responses to Plaintiff's First Set of Request for Production Nos.: 5, 6, 7, 8, 12, 13, 14, 15, 16, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 39.[2]

1. Plaintiff contends each and every response to interrogatories by Defendants, King of Diamonds Miami, LLC, Movement Events, LLC, and Jeffery Vasilas, violates this Court's procedures on discovery including, violates Rule 33, 34, and 36 by not separately stating the request and then the response; further, each and every response mentioned above by Defendants' King of Diamonds Miami, LLC, Movement Events, LLC, and Jeffery Vasilas, to Plaintiffs' Request for Production notes that is unknown whether their unknown documents exist and are merely cut and paste responses and produced in bad faith. Plaintiffs also respectfully request the Court take Judicial Notice of the fact that said Defendants had untimely sought an extension of time from the Court and, as such, were provided additional time to serve their responses allotted by the Rules demonstrating that even with the additional time they still responded in bad-faith.

---

[1] Defendant, Elliot Kunstlinger objects to these issues being raised at the discovery hearing.

[2] Plaintiffs will be submitting any and all substitute source material via email.

**For Defendant Elliot Kunstlinger:**

    A. **Deposition of Misael Rigoberto Menocal Canceres:**

    1.    As set forth in Defendant's Request for Preservation of Evidence [DE 87] Defendant requests that Defendant's counsel be allowed to review documents and text messages used by Mr. Caceres in the aid of his deposition testimony on December 6, 2017. Defendant will provide the documents for *in camera* review. Mr. Caceres' continued deposition is scheduled for January 16, 2018.[3] Plaintiffs' counsel objects on the basis of attorney-client privilege.

### Request for Production[4]

    1.    Plaintiffs' object to request for production number 2 in producing Plaintiffs social security card. Defendant has agreed to allow them to either produce each Plaintiff's social security via interrogatory response or to produce Plaintiffs' social security card. Plaintiffs' object to providing either.

    2.    Request for production number 3. Plaintiffs object as to the relevancy of producing Plaintiffs' tax returns and contend Defendant is on a fishing expedition among other objections raised in their responses.

    3.    Request for production number 6. Plaintiffs object to producing bank statements, which Defendant contends are relevant in as it relates to the economic realities test.

    4.    Request for production number 7. Plaintiff objects to producing credit card statements which Defendant contend is relevant to the economic realities test as well as to hours worked.

---

[3] Plaintiffs' counsel advised Defendant's counsel that they never received a copy of the deposition notice. As of this filing, the parties are attempting to reach an amicable resolution to resolve this issue.

[4] A detailed explanation of the relevancy for each interrogatory and request for production was sent to Plaintiffs' counsel and is attached hereto as exhibit "A."

5.    Request for production number 8 listed as response to number 7 in Plaintiff Robleto's response is unanswered and Defendant contends objection has been waived.

6.    Request for production number 43. With the exception of Plaintiff Robleto, Plaintiffs object to producing documentation of any remuneration received by Plaintiffs during the relevant time period. Defendant contends that these documents are relevant for purposes of the economic realities test.

### Interrogatories

1.    Plaintiffs object to interrogatory number 3. Defendant claims that the names of each Plaintiff's children and school attended are relevant to determine hours worked. Plaintiffs take the position that Defendant's counsel should first depose the Plaintiffs to see its relevancy.

2.    Jonnatan Trevino Hernandez and Misael Rigoberto Menocal Caceres failed to notarize their interrogatory responses.

Respectfully submitted,

s/ Rivkah Jaff
Rivkah Jaff, Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
Florida Bar No. 107511
Email:  rivkah.jaff @gmail.com
*Counsel for Plaintiffs*

s/_Daniel T. Feld
Daniel T. Feld, Esq.
Daniel T Feld P.A.
2847 Hollywood Blvd.
Hollywood, FL 33020
Telephone: (305) 308 - 5619
Florida Bar No. 37013
Email: DanielFeld.Esq@Gmail.com
*Counsel for Defendant Elliot Kunstlinger*