UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20415-CIV-WILLIAMS/SIMONTON

LUIS ENRIQUE CAMACHO HOPKINS, )
MISAEL RIGOBERTO MENOCAL )
CACERES, JONNATAN TREVINO )
HERNANDEZ, PAUL LUQUE, )
FRANCISCO J. ROBLETO and all others )
similarly situated under 29 U.S.C. 216(b) )
            )
      Plaintiffs, )
  vs. )
            )
KING OF DIAMONDS MIAMI "LLC" A/KA )
CLUB KOD, MOVEMENT EVENTS LLC, )
JEFFREY VASILAS, )
ELLIOT KUNSTLINGER )
            )
      Defendants. )

## AGREED ORDER ON DEFENDANT, ELLIOT KUNSTLINGER'S MOTION TO COMPEL AND PLAINTIFFS' MOTION TO COMPEL

Before the Court is the Parties' Agreed Order on Defendant Elliot Kunstlinger's Motion to Compel and Plaintiffs' Motion to Compel. Having reviewed the discovery material upon which the motion is predicated upon and having reviewed the parties agreed order, it appears to the Court that due cause exists to grant this motion. Therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs and Defendants shall provide better answers as follows:

  I.  Plaintiffs shall give better answers to Defendant's Request for Production and Interrogatories on or before January 26, 2018 as follows:

**A.     Request for Production:**

1. In response to request for production number 1, Plaintiffs shall provide copies of their identification including, driver's license, passport and any identification cards that are in their possession custody or control for the relevant time period.

2. In response to request for production number 4, to the extent they exist, Plaintiffs shall provide tax returns from any businesses run during the relevant time period. If Plaintiffs do not have such tax returns in their custody possession or control, Plaintiffs shall amend their responses to reflect none.

3. In response to request for production number 5, Plaintiffs shall provide any 1099 or W-2 forms issued to them during the relevant time period.

4. Plaintiff, Francisco J. Robleto, shall respond to request for production number 8, listed in Robleto's response as number 7, without objection and provide a copy of the docket of each lawsuit you have been involved in, including but not limited to, State County Court, State Circuit Court, Family Court and Federal District Court, if any.

5. In response to request for production 23, Plaintiffs shall produce the carrier of the cell phone, as well as the cell phone numbers used by Plaintiffs between December 15, 2015 through January 14, 2017 by way of responding to the Interrogatory directed towards each Plaintiff by Defendant Elliot Kunstlinger's that requests said information.

6. In response to request for production 24 and 25, Plaintiffs shall produce any documentation related to doctors seen during the time they claim to have been working for Defendants between December 15, 2015 through January 14, 2017. These documents are limited to date and time seen and treated and any medical conditions or treatment may be redacted.

7. In response to request for production 26, Plaintiffs shall produce any and all printouts of social media accounts including but not limited to Facebook, Twitter, Instagram, Pinetrest, Reddit, Snapchat, etc., between the dates of December 15, 2015 through January 14, 2017, used by Plaintiffs.

8. In response to request for production 31, Plaintiffs shall provide all documentation indicating whether Plaintiffs received unemployment benefits between the dates of December 15, 2016 through January 14, 2017, if any. In response to Request for production number 33, Plaintiffs shall provide all responsive documentation.

### B. Interrogatories:

1. Plaintiffs shall provide sworn damage calculation for Plaintiffs Francisco J. Robleto and Luis Enrique Camacho Hopkins in response to interrogatory number 4.

2. In response to interrogatory number 8, Plaintiffs shall provide the name and contact information of any medical professional seen during the hours Plaintiffs allege to have worked for Defendants between December 15, 2015 through January 14, 2017. These Responses are limited to date and time seen and treated and any medical conditions or treatment may not be included.

3. In response to interrogatory number 9, Plaintiffs shall provide the cell phone number used and the carrier of said cell phone number during the relevant time period.

4. Jonnatan Trevino Hernandez and Misael Rigoberto Menocal Caceres shall provide clear legible interrogatory responses.

II. Defendant Elliot Kunstlinger shall give better answers to Plaintiffs' Interrogatories and Requests for Production on or before January 26, 2018 as follows:

### A. **Interrogatories:**

Defendant Elliot Kunstlinger shall provide better responses to Plaintiffs' First Set of Interrogatories, Nos. 1, 2, 3, 4 and 7.

### B. **Plaintiffs' Request for Production:**

Defendant Kunstlinger shall give better answers to Plaintiffs' First Request for Production as follows: Defendant Elliot Kunstlinger shall provide better responses to Plaintiffs' First Request for Production, Nos. 3, 4, 6, 8, 9.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 16th day of January 2018.

*[signature: Andrea M. Simonton]*

**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

cc: counsel of record