UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20415-CIV-SIMONTON

LUIS ENRIQUE CAMACHO HOPKINS,
MISAEL RIGOBERTO MEONCAL CACERES,
JONNATAN TREVINO HERNANDEZ,
AND FRANCISCO J. ROBLETO,

    Plaintiffs,

vs.

KING OF DIAMONDS MIAMI, LLC,
a/k/a CLUB KOD, MOVEMENT EVENTS LLC,
JEFFREY VASILAS and ELLIOT
KUNSTLINGER,

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

THIS CAUSE came before the Court upon the Joint Motion for Approval of Parties' Settlement Agreement, Stipulated Dismissal With Prejudice, and For the Court to Retain Jurisdiction, ECF No. [111]. Also pending before this Court is the Joint Stipulation of Dismissal with Prejudice as to Plaintiffs' Claims Against Defendant Elliot Kunstlinger (only), ECF No. [112]. Pursuant to the consent of the Parties, the Honorable Kathleen M. Williams, United States District Judge, has referred this matter to the undersigned Magistrate Judge for all further proceedings, including trial by jury and entry of final judgment, ECF No. [110].

This action involves claims brought by Plaintiffs Luis Enrique Camacho Hopkins, Misael Rigoberto Menocal Caceres, Jonnatan Trevino Hernandez, Francisco J. Robleto, and Paul Luque against Defendants King of Diamonds Miami LLC, a/k/a Club KOD, Movement Events, LLC, Jeffrey Vasilas and Elliot Kunstlinger, for alleged violations of

the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., ("FLSA"), ECF Nos. [1] [5].  In the Joint Motion for Approval, Plaintiffs Luis Enrique Camacho Hopkins, Misael Rigoberto Menocal Caceres, Jonnatan Trevino Hernandez and Franciso J. Robleto indicate that they have reached a resolution of this matter with Defendants King of Diamonds Miami LLC, a/k/a Club KOD, Movement Events, LLC, and Jeffrey Vasilas.[1]  Those Parties request that the Court approve the terms of the settlement, dismiss the case with prejudice and retain jurisdiction to enforce the settlement, ECF No. [111].  Those Parties have submitted a copy of the executed Confidential Settlement Agreement and Mutual General Release to the Court for review, ECF No. [111-1].

In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.*  The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.

Based upon a thorough review of the Settlement Agreement, the undersigned concludes that the resolution reached, including attorneys' fees and costs, is a fair and reasonable compromise of the Plaintiffs' FLSA claims.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for Approval of Parties' Settlement Agreement, Stipulated Dismissal With Prejudice, and For the Court to Retain

---

[1] On November 21, 2017, the Parties filed a Joint Stipulation of Voluntary Dismissal with Prejudice as to Plaintiff Paul Luque, only, ECF No. [79]. On January 25, 2018, the Parties filed a Joint Stipulation of Dismissal with Prejudice as to Plaintiffs' Claims Against Defendant Elliot Kunstlinger (only), ECF No. [112].

Jurisdiction, ECF No. [111] is **GRANTED** and the Parties' Settlement Agreement is **APPROVED**. It is further

**ORDERED AND ADJUDGED** that this matter is hereby dismissed with prejudice against Defendants King of Diamonds Miami LLC, a/k/a Club KOD, Movement Events, LLC, and Jeffrey Vasilas pursuant to the terms of the Settlement Agreement and all pending motions are denied as moot. It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction to enforce the terms of the Settlement Agreement until August 31, 2018. It is further

**ORDERED AND ADJUDGED** that this matter is hereby dismissed with prejudice against Defendant Elliot Kunstlinger, with each party to bear their own fees and costs.

**DONE AND ORDERED** in chambers this 28th day of February, 2018.

_____
**ANDREA M. SIMONTON**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Copies provided via CM/ECF to:

All counsel of record