UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20415-CIV- SIMONTON

LUIS ENRIQUE CAMACHO HOPKINS, )
MISAEL RIGOBERTO MENOCAL )
CACERES, JONNATAN TREVINO )
HERNANDEZ, PAUL LUQUE, )
FRANCISCO J ROBLETO, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
          Plaintiffs, )
vs. )
)
KING OF DIAMONDS MIAMI "LLC" a/k/a )
CLUB KOD, )
MOVEMENT EVENTS LLC, )
JEFFREY VASILAS, )
ELLIOT KUNSTLINGER, )
)
          Defendants. )
_____ )

## PLAINTIFFS' NOTICE OF CLARIFICATION OF [DE114]

COME NOW the Plaintiffs, by and through the undersigned counsel, and hereby file the above-described Notice and request entry of a Final Default Judgment against Defendants, King of Diamonds Miami "LLC" a/k/a CLUB KOD, Movement Events LLC, Jeffrey Vasilas, jointly and severally, and in support thereof states as follows:

1. On March 6, 2018 Plaintiffs' filed their Motion to Enforce Settlement Agreement and for Default Judgement against Defendants Movement Events LLC and Jeffrey Vasilas. [DE114].

2. The undersigned inadvertently omitted Defendant King of Diamonds Miami "LLC" a/k/a CLUB KOD from said Motion and in the relief sought in Plaintiffs' pending Motion [DE114].

3. As per the Settlement Agreement(s) [DE111-1 through 5], Defendants, Movement Events LLC, Jeffrey Vasilas **and** King of Diamonds Miami "LLC" a/k/a CLUB KOD, executed the Agreement as said Agreement was by and between said Defendants and Plaintiffs. As such, it is appropriate, in light of the breach, for Plaintiffs to seek enforcement as to all of said Defendants.

4. Pursuant to the Agreement (3), "In the event that Defendants, jointly and severally, fail to make payments of the settlement funds or if the checks are returned for insufficient funds pursuant to paragraph 2 of this agreement or for any other reason, Plaintiffs' counsel shall give written notice via email to Randall Leshin, Esq. at rleshin@leshinlawfirm.com. In the event that Defendants, jointly and severally, fail to cure said breach within three (3) business days of receiving the written notification via e-mail, then a final default judgment shall be entered against defendants, jointly and severally, for the amount of Twenty Thousand Dollars and No Cents ($20,000.00)". *See,* Settlement Agreement [DE111 – 1 through 5], ¶3.

5. The undersigned has included herein, an amended proposed order for Final Default Judgment to include all pertinent Defendants KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD, Movement Events LLC., and Jeffrey Vasilas, jointly and severally.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR DEFENDANTS
    300-71ST STREET
    SUITE 605
    MIAMI BEACH, FL 33141
    305-865-6766
    305-865-7167

_ s/ Neil Tobak __
Neil Tobak, Esquire
Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
WAS PROVIDED VIA CM/ECF ON 3/7/18 TO:

**RANDALL LEIGH LESHIN, ESQ.
THE LESHIN LAW FIRM
1975 EAST SUNRISE BLVD., SUITE 504
FORT LAUDERDALE, FL 33304
PH: 954-941-9711
FAX: 941-9750
EMAIL: RLESHIN@LESHINLAWFIRM.COM**
*Counsel for Defendants KING OF DIAMONDS MIAMI "LLC" a/k/a
CLUB KOD, MOVEMENT EVENTS LLC, and JEFFREY VASILAS*

**DANIEL T. FELD, ESQ.
DANIEL T FELD P.A.
2847 HOLLYWOOD BLVD.
HOLLYWOOD, FL 33020
PH: (305) 308 - 5619
EMAIL: DANIELFELD.ESQ@GMAIL.COM**

**ISAAC JACKIE MAMANE
MAMANE LAW LLC
10800 BISCAYNE BLVD., SUITE 350A
MIAMI, FL 33161
305-773-6661
EMAIL: MAMANE@GMAIL.COM**
*Counsel for Defendant Elliot Kunstlinger*

BY:__/s/____Neil Tobak_____
     **NEIL TOBAK, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20415-CIV- SIMONTON

LUIS ENRIQUE CAMACHO HOPKINS, )
MISAEL RIGOBERTO MENOCAL )
CACERES, JONNATAN TREVINO )
HERNANDEZ, PAUL LUQUE, )
FRANCISCO J ROBLETO, and all others )
similarly situated under 29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs, )
　　vs. )
　　　　　　　　　　　　　　　　　　　)
KING OF DIAMONDS MIAMI "LLC" a/k/a )
CLUB KOD, )
MOVEMENT EVENTS LLC, )
JEFFREY VASILAS, )
ELLIOT KUNSTLINGER, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants. )
　　　　　　　　　　　　　　　　　　　)

**ORDER GRANTINGPLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT, FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD, MOVEMENT EVENTS LLC., AND JEFFREY VASILAS, JOINTLY AND SEVERALLY, AND FOR ATTORNEYS' FEES AND COSTS, INCLUDING FUTURE FEES AND COSTS REGARDING COLLECTION OF DEFAULT**

　　This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that Plaintiffs' Motion filed as [DE114] is GRANTED and therefore:

1. Final Default Judgment shall be entered against Defendants, KING OF DIAMONDS MIAMI "LLC" a/k/a CLUB KOD, Movement Events LLC., and Jeffrey Vasilas, jointly and severally, and Plaintiffs c/o the Client Trust Account of J.H. Zidell, P.A., shall take the following sums from Defendants, jointly and severally, in the amount of Twenty

Thousand Dollars and No Cents ($20,000.00) (which sum shall bear interest at the relevant statutory rate from the date of this Judgment onward);

2. Further, Plaintiffs' counsel shall be entitled to collect reasonable attorneys' fees in connection with Plaintiffs' Motion to Enforce Settlement Agreement, all related work, and collection of the default judgment to be determined by this Court upon collectionand for which sum let execution shall issue upon determination. *See DiFrancesco v. Home Furniture Liquidators, Inc.,* 2009 U.S. Dist. LEXIS 736 (S.D. Fla. Jan. 6, 2009).

3. The Court reserves jurisdiction to enter such other and further orders as deemed proper.

DONE AND ORDERED IN CHAMBERS IN MIAMI-DADE, FLORIDA, ON THIS _____ DAY OF _____, 2018.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record